# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation

Plaintiff,

v.

CAROL GARDINA, an individual; GEORGE GARDINA, an individual

Defendant.

Case No.: 6:23-cv-1125-JSS-DCI

Judge: Hon. Julie S. Sneed

| OBJECTION CODES | |
|---|---|
| **A:** AUTHENTICITY | **NPD:** NOT PRODUCED IN DISCOVERY |
| **C:** CUMULATIVE | **P:** PRIVILEGED |
| **CA:** CONFIDENTIALITY AGREEMENT | **PR:** PREDICATE FOUNDATION |
| **CP:** COMPLETENESS | **R:** RELEVANCE |
| **H:** HEARSAY | **U:** UNTIMELY |
| **I:** CONTAINS INADMISSIBLE MATTER | **UP:** PROBATIVE OUTWEIGHED BY UNDUE PREJUDICE |

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 1. | | | | Prudential's First Amended Complaint against Carol and George Gardina | H, R, UP |
| 2. | | | | Defendants' Answer and Affirmative Defenses to Plaintiff's First Amended Complaint | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 3. | | | | Carol Gardina Policy | |
| 4. | | | | George Gardina Policy | |
| 5. | | | | Carol Gardina's June 2002 BEA | H, R, UP |
| 6. | | | | Carol Gardina's September 2002 BEA | H, R, UP |
| 7. | | | | Carol Gardina's January 2003 BEA | H, R, UP |
| 8. | | | | Carol Gardina's May Alternative Home Care Assessment | H, R, UP |
| 9. | | | | Carol Gardina's August 2006 BEA | H, R, UP |
| 10. | | | | Carol Gardina's June 2007 BEA | H, R, UP |
| 11. | | | | Carol Gardina's April 2008 BEA | H, R, UP |
| 12. | | | | Carol Gardina's March 2010 BEA | H, R, UP |
| 13. | | | | Carol Gardina's February 2011 BEA | H, R, UP |
| 14. | | | | Carol Gardina's October 2016 BEA | H, R, UP |
| 15. | | | | George Gardina's December 2017 BEA | H, R, UP |
| 16. | | | | Carol Gardina's February 2020 BEA | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 17. | | | | Carol Gardina's April 2022 BEA | H, R, UP |
| 18. | | | | George Gardina's June 2022 BEA | H, R, UP |
| 19. | | | | Carol Gardina's April 2023 BEA | H, R, UP |
| 20. | | | | Carol Gardina's May 2023 Attempted BEA | H, R, UP |
| 21. | | | | Carol Gardina's February 2012 PAQ | |
| 22. | | | | Carol Gardina's January 2013 PAQ | |
| 23. | | | | Carol Gardina's May 2015 PAQ | |
| 24. | | | | Carol Gardina's November 2015 PAQ | |
| 25. | | | | George Gardina's June 2022 DAQ | |
| 26. | | | | Carol Gardina's August 2006 CRW | H, R, UP |
| 27. | | | | Carol Gardina's June 2007 CRW | H, R, UP |
| 28. | | | | Carol Gardina's May 2008 CRW | H, R, UP |
| 29. | | | | Carol Gardina's April 2009 CRW | H, R, UP |
| 30. | | | | Carol Gardina's March 2010 CRW | H, R, UP |
| 31. | | | | Carol Gardina's February 2011 CRW | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 32. | | | | Carol Gardina's January 2013 CRW | H, R, UP |
| 33. | | | | Carol Gardina's May 2014 ERW | |
| 34. | | | | Carol Gardina's November 2015 ERW | |
| 35. | | | | George Gardina's October 4, 2016 ERW | |
| 36. | | | | George Gardina's October 14, 2016 ERW | |
| 37. | | | | Carol Gardina's November 2016 ERW | |
| 38. | | | | Carol Gardina's September 2017 ERW | |
| 39. | | | | George Gardina's January 2018 ERW | |
| 40. | | | | Carol Gardina's August 2018 ERW | |
| 41. | | | | George Gardina's August 2018 ERW | |
| 42. | | | | George Gardina's January 2019 ERW | |
| 43. | | | | Carol Gardina's June 2019 ERW | |
| 44. | | | | George Gardina's September 2020 ERW | |
| 45. | | | | Carol Gardina's May 2022 ERW | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 46. | | | | Carol Gardina's July 2022 ERW | |
| 47. | | | | George Gardina's September 2022 ERW | |
| 48. | | | | George Gardina's December 2022 ERW | |
| 49. | | | | Carol Gardina's June 2022 Progress Note | |
| 50. | | | | Carol Gardina's September 2002 Progress Note | |
| 51. | | | | Carol Gardina's November 2003 Medical Evaluation | |
| 52. | | | | Carol Gardina's January 2004 Medical Evaluation | |
| 53. | | | | Carol Gardina's April 2004 Medical Evaluation | |
| 54. | | | | Carol Gardina's July 2004 Medical Evaluation | |
| 55. | | | | Carol Gardina's April 2005 Medical Evaluation | |
| 56. | | | | Carol Gardina's March 2023 Medical Evaluation | |
| 57. | | | | May 2004 Medical Review Referral of Carol Gardina | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 58. | | | | October 2004 Medical Record Review of Carol Gardina | H, R, UP |
| 59. | | | | July 2004 Medical Records Review of Carol Gardina | H, R, UP |
| 60. | | | | September 2016 Medical Record Review of George Gardina | H, R, UP |
| 61. | | | | July 2004 Peer Review of Carol Gardina | H, R, UP |
| 62. | | | | October 2016 Medical Record Review of George Gardina | H, R, UP |
| 63. | | | | December 2016 Medical Review of George Gardina | H, R, UP |
| 64. | | | | January 2017 Medical Review of George Gardina | H, R, UP |
| 65. | | | | George Gardina November 2016 Appeal Review | H, R, UP |
| 66. | | | | George Gardina's January 2017 Appeal Review | H, R, UP |
| 67. | | | | April 2023 Letter from Prudential to George Gardina | |
| 68. | | | | May 1, 2015 Letter from George Gardina to Prudential | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 69. | | | | May 4, 2015 Letter from George Gardina to Prudential | |
| 70. | | | | May 29, 2015 Letter from Prudential to George G | |
| 71. | | | | Plaintiff Carol J Gardina Notice of Filing - Affidavit of Carol J. Gardina In Support of Motion for Default Judgment dated December 5, 2015,, Case No. 502010CA018219X XXXMB | |
| 72. | | | | August 2016 Letter from George Gardina to Prudential | |
| 73. | | | | April 2020 Letter from Prudential to George Gardina | |
| 74. | | | | April 2020 Letter from Prudential to George Gardina | |
| 75. | | | | June 2020 Letter from Prudential to George Gardina | |
| 76. | | | | July 2020 Letter from Prudential to George Gardina | |
| 77. | | | | August 2020 Letter from George Gardina to Prudential | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 78. | | | | September 4, 2020 Letter from Prudential to George Gardina | |
| 79. | | | | September 13, 2020 Letter from George Gardina to Prudential | |
| 80. | | | | September 22, 2020 Letter from Prudential to George Gardina | |
| 81. | | | | December 2020 Letter from George Gardina to Prudential | |
| 82. | | | | December 2020 Letter from Prudential to George Gardina | |
| 83. | | | | January 2021 Letter from George Gardina to Prudential | |
| 84. | | | | February 1, 2021 Letter from Prudential to George Gardina | |
| 85. | | | | February 4, 2021 Letter from Prudential to George Gardina | |
| 86. | | | | August 2021 Letter from Prudential to George Gardina | |
| 87. | | | | October 2022 Letter from Prudential to Gardinas | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 88. | | | | October Letter from Prudential to Carol Gardina | |
| 89. | | | | December 2022 Letter from Prudential to George Gardina | |
| 90. | | | | January 23, 2023 Letter from Prudential to George Gardina | |
| 91. | | | | January 31, 2023 Letter from Prudential to George Gardina | |
| 92. | | | | March 2023 Letter from Prudential to George Gardina | |
| 93. | | | | June 2023 Letter from Prudential to Carol Gardina | |
| 94. | | | | June 2023 Letter from Prudential to Carol Gardina | |
| 95. | | | | June 2002 Internal Prudential Note | H, R, UP |
| 96. | | | | September 2022 Internal Prudential Note | H, R, UP |
| 97. | | | | December 2002 Internal Prudential Note | H, R, UP |
| 98. | | | | May 2004 Internal Prudential Note | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 99. | | | | August 12, 2004 Internal Prudential Note | H, R, UP |
| 100. | | | | August 13, 2004 Internal Prudential Note | H, R, UP |
| 101. | | | | September 22, 2004 Internal Prudential Note | H, R, UP |
| 102. | | | | September 29, 2004 Internal Prudential Note | H, R, UP |
| 103. | | | | October 2004 Internal Prudential Note | H, R, UP |
| 104. | | | | October 7, 2022 E-mail from George Gardina to Prudential | R, UP |
| 105. | | | | October 10, 22 E-mail from Prudential to George Gardina | R, UP |
| 106. | | | | November 2022 CID Memo regarding Carol Gardina | H, R, UP |
| 107. | | | | November 2022 CID Memo regarding George Gardina | H, R, UP |
| 108. | | | | Carol Gardina's Claim Forms | |
| 109. | | | | George Gardina's Claim Forms | |
| 110. | | | | May 2012 SIU Referral Sheet for Carol Gardina | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 111. | | | | June 2012 Investigation Summary regarding Carol Gardina | |
| 112. | | | | August 2015 Internal Prudential E-mail | H, R, UP |
| 113. | | | | April 2016 SUI Referral Sheet for Carol Gardina | H, R, UP |
| 114. | | | | April 2016 Internal Prudential E-mail | H, R, UP |
| 115. | | | | May 2016 Investigation Report on Carol Gardina | H, R, UP |
| 116. | | | | May 2016 CID Summary of Investigation on Carol Gardina | H, R, UP |
| 117. | | | | October 2019 Fraud Referral of George Gardina | H, R, UP |
| 118. | | | | October 2019 Background Report on George Gardina | H, R, UP |
| 119. | | | | June 20, 2022 Claims Bureau USA Report | H, R, UP |
| 120. | | | | June 30, 2022 Claims Bureau USA Report | H, R, UP |
| 121. | | | | July 2022 Claims Bureau USA Report | H, R, UP |
| 122. | | | | August 16, 2022 Claims Bureau USA Report | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 123. | | | | August 2022 Fuzion SIU summary on Carol Gardina | H, R, UP |
| 124. | | | | August 2022 Fuzion SIU summary on George Gardina | H, R, UP |
| 125. | | | | Carol Gardina's April-May 2016 Surveillance Video | R, UP, CP |
| 126. | | | | George Gardina's June-August 2022 Surveillance Video | R, UP, CP |
| 127. | | | | Still Clips of Carol Gardina | R, UP, CP |
| 128. | | | | August 2004 Letter from Prudential to Carol Gardina | |
| 129. | | | | January 2005 IME of Carol Gardina | |
| 130. | | | | August 1, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 131. | | | | August 8, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 132. | | | | August 16, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 133. | | | | September 14, 2022 Call from George Gardina to Customer Service | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 134. | | | | September 16, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 135. | | | | September 30, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 136. | | | | October 6, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 137. | | | | October 6, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 138. | | | | October 21, 2022 Call from George Gardina to Customer Service | H, R, UP |
| 139. | | | | Carol Gardina's Broker Records | R, UP |
| 140. | | | | Carol Gardina's License Records | R, UP |
| 141. | | | | Carol Gardina's DMV Records | R, UP |
| 142. | | | | George Gardina's DMV Records | R, UP |
| 143. | | | | George Drafts Letter re: Carol Depo | R, UP |
| 144. | | | | Plaintiffs Trial and Exhibit List | |
| 145. | | | | January 2017 Carol Gardina's Disneyland | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 146. | | | | April 2020 E-mail from Carol Gardina to Dr. Miklusak | |
| 147. | | | | July 2020 E-mail From Carol Gardina to Family | |
| 148. | | | | October 2020 E-mail from Carol Gardina to Family | |
| 149. | | | | December 13, 2020 E-mail from Carol Gardina to Family | |
| 150. | | | | December 21, 2020 E-mail from George Gardina to Family | |
| 151. | | | | January 2021 E-mail from Carol Gardina to Family | |
| 152. | | | | February 3, 2021 E-mail from Carol Gardina to Family | |
| 153. | | | | February 14, 2021 E-mail from Carol Gardina to Family | |
| 154. | | | | March 2021 E-mail from Carol Gardina to Family | |
| 155. | | | | July 2021 E-mail from Carol Gardina to family | |
| 156. | | | | August 2021 E-mails from Carol Gardina to Family | |
| 157. | | | | September 13, 2021 E-mail from Carol Gardina to Family | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 158. | | | | November 11, 2021 E-mail from Carol Gardina to Family | |
| 159. | | | | November 21, 2021 E-mail from Carol Gardina to Family | |
| 160. | | | | December 2021 E-mail from Carol Gardina to Family | |
| 161. | | | | April 2022 E-mail from Carol Gardina to Family | |
| 162. | | | | April 2010 Letter from George Gardina to Lake Ridge Village Association | R, UP |
| 163. | | | | March 2006 Photograph of Carol Gardina and Antonia Horton | |
| 164. | | | | May 2007 Photograph of Carol Gardina, George Gardina | |
| 165. | | | | November 2007 Photograph pf Carol Gardina | |
| 166. | | | | November 2007 Photograph of Carol Gardina | |
| 167. | | | | December 2007 Photograph of Carol Gardina | |
| 168. | | | | February 2009 Photograph of Carol Gardina | |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 169. | | | | March 2009 Photograph of Carol Gardina | |
| 170. | | | | April 2022 Video of George Gardina | R, UP, CP |
| 171. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 172. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 173. | | | | September 2023 Video of Carol Gardina | R, UP, C, U |
| 174. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 175. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 176. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 177. | | | | September 2023 Video of Carol Gardina Video of Carol engaged in various activities | R, UP, CP, U |
| 178. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 179. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 180. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 181. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 182. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 183. | | | | September 2023 Video of Carol Gardina | R, UP, CP, U |
| 184. | | | | September 2023 Video of Carol Gardina | R, UP, C, U |
| 185. | | | | January 2024 Video of Carol Gardina | R, UP, CP, U |
| 186. | | | | April 2024 Video of Carol Gardina | R, UP, CP, U |
| 187. | | | | April 2024 Video of Carol Gardina | R, UP, CP, U |
| 188. | | | | Horton Photos from September2023 to April 2024 | R, UP |
| 189. | | | | June 2009 Orlando Health Consent Forms | |
| 190. | | | | 2009 Selected Orlando Health Records (select portions) | H, R, UP |
| 191. | | | | July 2022 Letter from George Gardina to Continental General Insurance Company | H, R, UP |
| 192. | | | | August 2022 Letter from George Gardina to | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| | | | | Continental General Insurance Company | |
| 193. | | | | September 2022 Letter from George Gardina to Continental General Insurance Company | H, R, UP |
| 194. | | | | January 2024 George Gardina's Responses to Continental General's First Set of Interrogatories | H, R, UP |
| 195. | | | | 2016 Home Health Care Invoices | H, R, UP |
| 196. | | | | Wendy Johnson Daily Care Records for Carol Gardina | H, R, UP |
| 197. | | | | 2022 Home Health Care Invoices | H, R, UP |
| 198. | | | | October 2009 Medical Record Note | H, R, UP |
| 199. | | | | February 2010 Medical Record Note | H,R, UP |
| 200. | | | | George and Carol Gardina’s 2011 Joint Tax Return | H, R, UP |
| 201. | | | | Guardian Life Records | H,R, UP |
| 202. | | | | May 2016 Letter from George Gardina to Kanawha Insurance | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 203. | | | | June 2016 Letter from George Gardina to Kanawha Insurance | H, R, UP |
| 204. | | | | Carol Gardina's October 2021 Medical Evaluation | |
| 205. | | | | Carol Gardina's Responses to Interrogatories, Set One | H, R, UP |
| 206. | | | | George Gardina's Responses to Interrogatories, Set One | H, R, UP |
| 207. | | | | George Gardina's Responses to Request for Production of Documents, Set One | H, R, UP |
| 208. | | | | Carol Gardina's Responses to Request for Production of Documents, Set One | H, R, UP |
| 209. | | | | Errata Sheet to George Gardina's 4.18.24 Deposition | |
| 210. | | | | George Gardina's Responses to Request for Admissions, Set One | H, R. UP |
| 211. | | | | Carol Gardina's Responses to Request for Admissions, Set One | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 212. | | | | George Gardina's Responses to Request for Production of Documents, Set Two | H, R, UP |
| 213. | | | | Carol Gardina's Responses to Request for Production of Documents, Set Two | H, R, UP |
| 214. | | | | Carol Gardina's Responses to Interrogatories, Set Two | H, R, UP |
| 215. | | | | George Gardina's Responses to Interrogatories, Set Two | H, R, UP |
| 216. | | | | April 2024 Expert Report of Paul Dopp - Damages | H, R, UP |
| 217. | | | | April 2024 Expert Report of Paul Black - Real Estate | H, R, UP |
| 218. | | | | April 2024 Expert Report of Kyle Victor - Claims | H, R, UP |
| 219. | | | | April 2024 Expert Report of Dr. Charles Levy - Physiologist | H, R, UP |
| 220. | | | | April 2024 Expert Report of Dr. Andrew Woo - Neurologist | H, R, UP |
| 221. | | | | June 2024 Supplemental Expert Report of Dr. | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| | | | | Charles Levy - Physiologist | |
| 222. | | | | June 2024 Supplemental Expert Report of Dr. Andrew Woo - Neurologist | H, R, UP |
| 223. | | | | Payment Record to Carol Gardina | |
| 224. | | | | Trial Demonstratives | |
| 225. | | | | Evidence Summary Charts | |
| 225A. | | | | Summary of Carol Gardina's Medical Assessments | H, R, UP, U |
| 225B. | | | | Summary of George Gardina's Medical Assessments | H, R, UP, U |
| 225C. | | | | Summary of Carol and George Gardinas' Claim Forms | H, R, UP, U |
| 225D. | | | | Summary of Prudential LTC Tax-Qualified Payments to Carol Gardina | H, R, UP, U |
| 225E. | | | | Summary of Caregiver Time Sheets and Other Evidence | H, R, UP, U |
| 226. | | | | Longitudinal Sensitivity of Alzheimer's Disease Severity Staging | H, R, UP |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 227. | | | | "Alzheimer's Stages: How The Disease Progresses," Mayo Clinic | H, R, UP |
| 228. | | | | "Medical Tests for Diagnosing Alzheimer's," Alzheimer's Association | H, R, UP |
| 229. | | | | "Stages of Alzheimer's," Alzheimer's Association | H, R, UP |
| 230. | | | | "Patient-specific cognitive profiles in the detection of dementia subtypes: A proposal," J. of the Alzheimer's Assoc. | H, R, UP |
| 231. | | | | December 2019 Articles of Formation for Worldlife Home Care, LLC | H, R, UP |
| 232. | | | | July 2019 Notice of Articles for Worldlife Home Care Inc. | H, R, UP |
| 233. | | | | Diligence Surveillance Video | R, UP, CP, U |
| 234. | | | | Diligence Surveillance Report | R, UP, U |
| 235. | | | | Diligence Surveillance Report | R, UP, U |

| Exhibit No. | Date Identified | Dated Admitted | Witness | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|---|
| 236. | | | | Diligence Surveillance Report | R, UP, U |
| 237. | | | | July 2016 Long Term Care Intake Form for George Gardina | H, R, UP |
| 238. | | | | Caregiver Time Sheets | H, R, UP |
| 239. | | | | May 2003 Authorization for Release of Health-Related Information for Carol Gardina | R, UP |
| 240. | | | | George Gardina's February 2020 BEA | H, R, UP |
| 241. | | | | George Gardina's Broker Records | R, UP |

Respectfully submitted by,

*/s/Andrew Azarmi*
Andrew S. Azarmi
Anthony Moscato (FBN 1024502)
Seena Forouzan
Attorneys for Plaintiff The Prudential Insurance Company of America