# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,

Plaintiff,

v.

CAROL GARDINA, an individual, and GEORGE GARDINA, an individual,

Defendants.
_______________________________________/

**CASE NO: 6:23-cv-01125-JSS/DCI**

JUDGE: Hon. Julie S. Sneed

| **OBJECTION CODES[1]** | |
|---|---|
| **A:** AUTHENTICITY | **NPD:** NOT PRODUCED IN DISCOVERY |
| **C:** CUMULATIVE | **P:** PRIVILEGED |
| **CA:** CONFIDENTIALITY AGREEMENT | **PR:** PREDICATE FOUNDATION |
| **CP:** COMPLETENESS | **R:** RELEVANCE |
| **H:** HEARSAY | **U:** UNTIMELY |
| **I:** CONTAINS INADMISSIBLE MATTER | **UP:** PROBATIVE OUTWEIGHED BY UNDUE PREJUDICE |

## <u>DEFENDANTS' EXHIBIT LIST</u>

| EXH.# | Date Identified | Date Admitted | Description of Exhibit | Objections or Stipulation to Admissibility and Authenticity |
|---|---|---|---|---|
| 1. | | | Broward General Medical Center Records – Carol Gardina | R - FRE 401/402; UP – FRE 403; NPD - FRCP 37; A - FRE 901 |

[1] Prudential provided its exhibit list to the Gardinas on December 11. The Gardinas provided an exhibit list to Prudential on December 27, which their undersigned counsel described as "preliminary". The Gardinas did not provide bates ranges to Prudential and refer to exhibits via category (e.g., "Carol Gardina's medical records,") as opposed to individual documents. As of the time of this filing on December 30, the Gardinas still have not provided bates ranges to Prudential. The Gardinas late provision of their exhibit list, use of block categories, and failure to provide a timely bates range for documents hindered Prudential's ability to review selected exhibits and interpose objections. Prudential reserves the right to submit additional objections to any exhibit at the time the Gardinas offer the exhibit at trial.

| | | | | |
|---|---|---|---|---|
| 2. | | | 6/14/02 – File Documentation re Carol Gardina | NPD - FRCP 26/37; R - FRE 401/402; UP - FRE 403; A - FRE 901 |
| 3. | | | 6/28/02 Prudential letter approving Carol Gardina's eligibility | |
| 4. | | | 9/13/02 Prudential letter approving Carol Gardina's eligibility | |
| 5. | | | 01/14/03 Prudential letter approving Carol Gardina's eligibility | |
| 6. | | | 5/12/2004 – James Fegan MD's Medical Review | NPD - FRCP 26/37; A - FRE 901 |
| 7. | | | 10/12/2004 – James Fegan MD's Medical Review | |
| 8. | | | 10/22/04 Prudential Letter re Sherman IME | |
| 9. | | | 01/05/05 Dr. Sherman IME Report | |
| 10. | | | 01/26/05 Prudential letter approving Carol Gardina's eligibility | |
| 11. | | | 2005-2015 Prudential letters approving Carol Gardina's eligibility | |
| 12. | | | 6/05/12 Activity check by Research Consultants Group, Inc. – Investigation Summary | |
| 13. | | | George Gardina letter to Prudential dated 5/11/2015 | R - FRE 401/402 |
| 14. | | | George Gardina letter to Prudential dated 5/15/2015 | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 15. | | | Prudential 5/21/15 Letter to G. Gardina | |
| 16. | | | George Gardina 8/17/15 letter to Prudential | R – FRE 401/402; UP – FRE 403; H – FRE 801 |
| 17. | | | 11/09/16 letter approving Carol Gardina's eligibility | C |
| 18. | | | 2017 - 2019 Prudential letters approving Carol Gardina's eligibility | C |

| | | | | |
|---|---|---|---|---|
| 19. | | | 2020 & 2021 Prudential letters approving Carol Gardina's eligibility | C |
| 20. | | | 7/12/2016 – Prudential Letter re George Gardina's claim | |
| 21. | | | 7/13/16 - Dr. John O'Kane's Progress Note | |
| 22. | | | 01/06/17 Prudential Letter approving George Gardina's eligibility | C |
| 23. | | | 01/5/18 Prudential's Letter approving George Gardina's eligibility claim | C |
| 24. | | | 2018 & 2019 Prudential Letters approving George Gardina's eligibility | C |
| 25. | | | 4/3/20 Prudential letter requesting Dr. Cherry's records | |
| 26. | | | Prudential 5/5/20 letter to G. Gardina | |
| 27. | | | 5/19/20 Richard Walsh Phone Transcript | NPD – FRCP 26/37; R – FRE 401/402; UP – FRE 403; H – FRE 801; A – FRE 901; P – Attorney-Client, Work-Product, Trade Secrets, Privacy; Best Evidence Rule - FRE 1002 |
| 28. | | | 7/21/20 Prudential Letter terminating George Gardina's claim | |
| 29. | | | George Gardina 8/7/20 letter to Prudential | R – FRE 401/402 |
| 30. | | | 08/23/20 Gardina LETTER TO RICHARD WALSH | R – FRE 401/402; UP – FRE 403; H – FRE 801 |
| 31. | | | 08/27/20 G.Gardina LETTER TO STEPHANIE WADE | R – FRE 401/402; UP – FRE 403; H – FRE 801 |
| 32. | | | 08/31/20 G APPEAL PHONE TRANSCRIPT | NPD – FRCP 26/37; R – FRE 401/402; UP – FRE 403; H – FRE 801; A – FRE 901; P – Attorney-Client, Work-Product, Trade Secrets, Privacy; Best Evidence Rule - FRE 1002 |

| | | | | |
|---|---|---|---|---|
| 33. | | | 09/04/20 Gardina LETTER FROM PRUD-CHRIS P. | |
| 34. | | | 09/13/20 Gardina UW RELEASE & LETTER | R – FRE 401/402 |
| 35. | | | 09/14/20 Gardina WRITTEN APPEAL LETTER | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 36. | | | 9/21/20 George Gardina Appeal Letter | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 37. | | | 09/22/20 George Gardina LETTER | |
| 38. | | | George Gardina 7/27/21 letter to Prudential | R – FRE 401/402; UP – FRE 403; H – FRE 801 |
| 39. | | | 5/23/22 Prudential Letter re New Claim | |
| 40. | | | Prudential 6/14/22 letter to G. Gardina | |
| 41. | | | Prudential 6/27/22 letter to George Gardina | |
| 42. | | | 9/28/22 PRUDENTIAL Letter re George Gardina's Face to Face Assessment | |
| 43. | | | 11/22/22 George Gardina Appeal letter | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 44. | | | University of Washington HIPPA Authorizations: 8/7/16; 9/6/16; 12/14/16; 12/22/16; 9/13/20; 6/5/22; 7/7/22; and 5/8/23 | R – FRE 401/402 |
| 45. | | | George Gardina 1/9/23 letter to Prudential | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 46. | | | George Gardina 1/24/23 letter to Prudential | R – FRE 401/402; UP – FRE 403 |
| 47. | | | 4/11/23 Letter to Assessor Begley | NPD – FRCP 26/37; R – FRE 401/402; H – FRE 801; UP – FRE 403; A – FRE 901 |
| 48. | | | 4/17/23 Letter to Assessor Begley | NPD – FRCP 26/37; R – FRE 401/402; H – FRE 801; UP – FRE 403; A – FRE 901 |

| | | | | |
|---|---|---|---|---|
| 49. | | | 4/21/23 Letter & info to Assessor Latara | NPD – FRCP 26/37; R – FRE 401/402; H – FRE 801; UP – FRE 403; A – FRE 901 |
| 50. | | | George Gardina 4/21/23 letter to Prudential | R – FRE 401/402; UP – FRE 403; H – FRE 801 |
| 51. | | | George Gardina 4/25/23 letter to Prudential | R – FRE 401/402; UP – FRE 403; H – FRE 801; Best Evidence Rule - FRE 1002 |
| 52. | | | Prudential 4/26/23 letter to George Gardina | |
| 53. | | | 05/02/23 Letter to Assessor Latara | R – FRE 401/402; UP – FRE 403 |
| 54. | | | 05/08/23 UW Release & Letter to Prudential | R – FRE 401/402; UP – FRE 403 |
| 55. | | | 6/14/23 Prudential Letter terminating Carol Gardina's benefits | |
| 56. | | | 8/7/23 Carol Gardina's Appeal letter | NPD – FRCP 26/37; R – FRE 401/402; UP – FRE 403; A- FRE 901 |
| 57. | | | Home Health Certifications and Plans of Care for Carol Gardina | |
| 58. | | | Home Health Certifications and Plans of George Gardina | |
| 59. | | | Prudential's Claims File for George Gardina | C |
| 60. | | | Prudential's Claims File for Carol Gardina | C |
| 61. | | | Understanding How LTC Benefit Triggers are Implemented in the Private Insurance Setting (Spring 2011) | R - FRE 401/402; UP – FRE 403; NPD - FRCP 37; A - FRE 901 |
| 62. | | | Photos of Loxahatchee Property | R - FRE 401/402; UP – FRE 403; NPD - FRCP 37; A - FRE 901 |
| 63. | | | Medical Illustrations/Demonstrative Aids | R - FRE 401/402; UP – FRE 403; NPD - FRCP 37; A - FRE 901 |
| 64. | | | Photos of George Gardina | R - FRE 401/402; UP – FRE 403; NPD - FRCP 37; A - FRE 901 |
| 65. | | | Florida Div. of Investigation & Forensic Services Files for Carol Gardina and George Gardina | NPD – FRCP 26/37; R – FRE 401/402; UP – FRE |

| | | | | |
|---|---|---|---|---|
| | | | | 403; A- FRE 901; H – FRE 801 |
| 66. | | | Prudential's Underwriting File for George Gardina | R – FRE 401/402; UP – FRE 403 |
| 67. | | | Prudential's Underwriting File for Carol Gardina | R – FRE 401/402; UP – FRE 403 |
| 68. | | | Carol Gardina's Medical Records: | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | a. Dr. Caroline Nguyen-Min | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | b. Dr. Yunyu Cao | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | c. Dr. Jessie L. Wang | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | d. Dr. Laura Montour | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | e. Dr. Matthew Snell | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | f. Dr. Kathryn Simon | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | g. Dr. Rece Kulhanek | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| 69. | | | George Gardina's Medical Records | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | a. Dr. Thomas Cherry | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | b. Dr. John O'Kane | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| | | | c. Dr. Jessie Wang | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |

| | | | | |
|---|---|---|---|---|
| | | | d. Dr. Joshua Jenkins | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| 70. | | | George Gardina's X-rays, MRI's; diagnostic studies and reports | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| 71. | | | Attending Physician Statements furnished to Prudential for Carol Gardina | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| 72. | | | Attending Physician Statements furnished to Prudential for George Gardina | R – FRE 401/402; UP – FRE 403; A- FRE 901; NPD - FRCP 26/37 |
| 73. | | | 6/13/24 Deposition Transcript of Stephen Dube, Prudential Corp. Rep. | |
| 74. | | | Prudential's Claims Manual produced in Finkelstein v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 75. | | | Geoffrey Camlin 8/31/22 deposition given in Finkelstein v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 76. | | | Stephen Dube 9/8/22, 11/8/22 & 6/30/23 depositions given in Finkelstein v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 77. | | | Yelena Bobeica 6/2/22 deposition given in Finkelstein v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 78. | | | Dr. Woo's deposition given in Turley v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 79. | | | Dr. Woo's deposition in Bonilla v. California DOT | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |
| 80. | | | Dr. Victor's deposition in Turley v. Prudential | R - FRE 401/402; UP – FRE 403; NPD – FRCP 26/37; Subject to Prudential's MIL No. 7 |

| | | | | |
|---|---|---|---|---|
| 81. | | | Audio-recording of G. Gardina's phone calls to Prudential (PRU-8084, 8091, 8094) | |
| 82. | | | IRS Notice 97-31 | R - FRE 401/402 |
| 83. | | | George Gardina's Errata Sheet | |

The Defendants/Counter Plaintiffs reserve the right to amend and/or supplement this exhibit list and add any other exhibits as they are discovered and/or found to be deemed necessary in this matter.

Dated: December 30, 2024.

Respectfully submitted,

BENRUBI LAW, P. A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
Phone: (561) 910-8650
Email: *RBenrubi@benrubilaw.com*
Secondary: *cgarcia@benrubilaw.com*

***Counsel for Defendants***

By: /s/ Richard M. Benrubi
RICHARD M. BENRUBI, ESQ.
Florida Bar No.: 796573

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ***30th*** day of December, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to:

**ANDREW S. AZARMI, ESQ.**
**SEENA FOROUZAN, ESQ**.
Dentons US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: *Andrew.Azarmi@dentons.com*
*Seena.Forouzan@dentons.com*

***Attorneys for Plaintiff***

By: /s/ Richard M. Benrubi
RICHARD M. BENRUBI, ESQ.
***Counsel for Defendants***