# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO: 6:23-cv-1125-JSS-DCI<br><br>Judge: Hon. Julie S. Sneed |

**JOINT STIPULATION REGARDING THE AUTHENTICITY OF DOCUMENTS**

Pursuant to Pursuant to Civil Local Rule 3.05 and the Amended Case Management and Scheduling Order, Dkt. 78, Plaintiff/Counter-Defendant The Prudential Insurance Company of America ("Prudential") and Defendants/ Counter-Plaintiffs Carol Gardina and George Gardina ("the Gardinas"), through their undersigned counsel, stipulate to the authenticity of certain documents, as set forth below, to facilitate the orderly and efficient disposition of this action.

WHEREAS, the Court's Amended Case Management and Scheduling Order, Dkt. 78, has set a trial date of February 3, 2025;

WHEREAS, the Parties have produced thousands of pages of documents through discovery in this matter;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with the document-by-document authentication of documents and that stipulating to the authenticity of certain documents will promote the orderly and efficient disposition of this action.

The Parties hereby agree and stipulate as follows:

1. Absent good cause, the Parties agree they waive their respective rights to challenge the authenticity of any item on another party's exhibit list, unless such an objection is designated on the other party's exhibit list. Good cause would include issues related to the completeness of the document (e.g., missing or incomplete pages) or any conditions in the actual document or the manner in which it was produced that brings into question whether the document was actually generated by the relevant party or third-party.

2. If a dispute arises regarding the authenticity of a particular document, the Parties agree to meet and confer in good faith promptly about the issue raised and, if necessary, to expedite any related motions for resolution by the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted,<br><br>*/s/Richard Benrubi*<br>Richard M. Benrubi (FBN 796573)<br>BENRUBI LAW, P.A.<br>6501 Congress Avenue, Suite 118<br>Boca Raton, FL 33487<br>Office: (561) 910-8650<br>Email: RBenrubi@benrubilaw.com<br>cgarcia@benrubilaw.com<br><br>*Counsel for Defendants Carol Gardina and George Gardina* |

Dated: December 30, 2024

Respectfully submitted,

*/s/Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Seena Forouzan (CA ID No. 317777)
(*pro hac vice*)
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com
seena.forouzan@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*

**FILER'S ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2024

*/s/Andrew S. Azarmi*
Andrew Azarmi