# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants. | CASE NO: 6:23-cv-1125-JSS-DCI<br><br>Judge: Hon. Julie S. Sneed |

**PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S RULE 26(a)(3) FACT WITNESS LIST**

Pursuant to Fed. R. Civ. P 26(a)(3)(A), the Amended Case Management and Scheduling Order (Dkt. 78), and Local Rule 3.06, Plaintiff/Counter-Defendant The Prudential Insurance Company of America ("Prudential") submits the following Witness List.

Prudential is providing its best, good-faith assessment of whether it will elicit live testimony from witnesses or present their testimony by deposition. These designations depend on the availability and/or willingness of witnesses to appear live at trial, whether attendance can/will be complied, stipulation of the parties, and this Court's approval. Prudential reserves the right to call witnesses in a manner contrary to that which is listed herein, depending on the availability of witnesses, the willingness of witnesses to appear, the availability of an order compelling

witnesses to appear, the stipulation of the parties, and the dynamics of the trial.

Prudential identifies the name and, if not previously provided, the address, and telephone number of each witness (if known)—separately identifying those witnesses Prudential expects to present and those it may call if the need arises. Prudential further reserves the right to call any witness on the Gardinas' witness list and identify any witness required for rebuttal or impeachment purposes. All sections and portions of this list are subject to modification based on the Court's rulings on any pending motions.

| **Witness Name** | **Contact** | **Likelihood** | **Anticipated Manner of Testimony** | **Objection** |
|---|---|---|---|---|
| Stephen Dube | May be contacted through counsel c/o Plaintiff's counsel, Andrew Azarmi, 1999 Harrison St., Ste. 1210, Oakland, CA 94612 | Likely | Live | |
| Geoffrey Camlin | May be contacted through counsel c/o Plaintiff's counsel, Andrew Azarmi, 1999 Harrison St., Ste. 1210, Oakland, CA 94612 | Likely | Live | |
| Wendy Butler | May be contacted through counsel c/o Plaintiff's counsel, Andrew Azarmi, 1999 | Likely | Live | |

| Witness Name | Contact | Likelihood | Anticipated Manner of Testimony | Objection |
|---|---|---|---|---|
| | Harrison St., Ste. 1210, Oakland, CA 94612 | | | |
| Rose Fravien | 5627 Long Grove Ct, Orlando, FL 32810 | Likely | Live | |
| Maureen Wooding | 437 Pepin Drive, Orlando, FL 32825 | Likely | Live | |
| Rose Moise | 4908 Blarney Drive, Orlando, FL 32808 | Likely | Live or Deposition[1] | |
| Sarah Lukens | 2560 Civitas Place, Casselberry, FL 32707 | Likely | Live | |
| LaTara Wilcox-Hyndman | May be contacted through counsel | Likely | Live | |
| Yelena Bobeica | May be contacted through counsel | Likely | Live | |
| Angelo Tucciarelli, Jr. | 900 Bishop Park Ct. Apt. 1023 Winter Park, FL 32792. | Likely | Live | |
| David Potts | 19049 Saint Benedict Drive, Dunnellon, FL 34432 | Likely | Live | |
| Roberta Trail | 8445 SE 175th Ct., Ocklawaha, FL 32179 | Likely | Live | |

[1] Testimony by deposition would be subject to availability of witness to testify live, and/or stipulation of the parties and this Court's approval, consistent with the Federal Rules of Evidence.

| **Witness Name** | **Contact** | **Likelihood** | **Anticipated Manner of Testimony** | **Objection** |
|---|---|---|---|---|
| John McGovern | | Likely | Live | |
| Dr. Thomas Miklusak | 715 Forest Green Drive, La Canada Flintridge, CA 91011 | Likely | Deposition[2] | |
| Anne Migliozzi | 4715 Glenview Lane, Orlando, FL 32821 | Likely | Live or Deposition[3] | |
| Antonia Horton | 10627 Leafy Way, Orlando, FL 32821 | Likely | Live or Deposition[4] | |
| Curt Horton | 10627 Leafy Way, Orlando, FL 32821 | Likely | Live or Deposition[5] | |
| Donna Finklestein | 10529 Larissa Street, Orlando, FL 32821 | Likely | Live or Deposition[6] | |

[2] This witness lives in Southern California, more than 100 miles from where this trial will take place in Orlando, Florida. They are thus unavailable under Rule 32(a)(4)(B), and their attendance cannot be procured by Prudential via subpoena. Fed. R. Civ. P. 32(a)(4)(D). Dr. Miklusak was deposed; the Gardinas were represented at the taking of his deposition. Prudential is therefore entitled to use Dr. Miklusak's video recorded deposition testimony in lieu of live testimony. Fed. R. Civ. P. 32(a)(1) (permitting the use of a deposition against a party where they attended the deposition, the contents are admissible under the Federal Rules of Evidence, and the witness is unavailable for any of the stated reasons in Rule 32).

[3] Testimony by deposition would be subject to availability of witness to testify live, and/or stipulation of the parties and this Court's approval, consistent with the Federal Rules of Evidence.

[4] Testimony by deposition would be subject to availability of witness to testify live, and/or stipulation of the parties and this Court's approval, consistent with the Federal Rules of Evidence.

[5] Testimony by deposition would be subject to availability of witness to testify live, and/or stipulation of the parties and this Court's approval, consistent with the Federal Rules of Evidence.

[6] Testimony by deposition would be subject to availability of witness to testify live, and/or stipulation of the parties and this Court's approval, consistent with the Federal Rules of Evidence.

| **Witness Name** | **Contact** | **Likelihood** | **Anticipated Manner of Testimony** | **Objection** |
|---|---|---|---|---|
| Hans Lefont | | Likely | Live | |
| Anaily Santana | | Likely | Live | |
| Carol Gardina | May be contacted through counsel | Likely | Live or Deposition | |
| George Gardina | May be contacted through counsel | Likely | Live or Deposition | |
| Records Custodian, Florida Highway Safety and Motor Vehicles | Custodian of Public Records, Office of General Counsel, Department of Highway Safety and Motor Vehicles, 2900 Apalachee Pkwy, Room A432, MS 02, Tallahassee, FL 32399 | May Call | Live | |
| Records Custodian, Florida Department of Business & Professional Regulation | 2601 Blair Stone Road, Tallahassee, FL 32399-1027 | May Call | Live | |

Dated: December 30, 2024

Respectfully submitted,

*/s/ Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, California 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, New Jersey 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*