# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION,

Plaintiff,

v.

CAROL GARDINA, an individual; GEORGE GARDINA, an individual,

Defendants.

AND RELATED COUNTERCLAIM

CASE NO: 6:23-cv-1125-JSS-DCI

Judge: Hon. Julie S. Sneed

# PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S EXPERT WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), the Amended Case Management and Scheduling Order, Dkt. 78, the Pretrial Order, Dkt. 98, and Local Rule 3.06(b)(6), Plaintiff/Counter-defendant The Prudential Insurance Company of America ("Prudential") makes the following disclosure of retained expert witnesses it intends to proffer at trial:

| No. | Expert Witness | Substance of Testimony | Objections |
|---|---|---|---|
| **1.** | Paul Black | Mr. Black will provide expert testimony regarding industry standards, practices, and requirements for Florida real estate brokers, including | |

| | | | |
|---|---|---|---|
| | | those applicable to continuing education, and the maintenance of a real estate broker's license. Mr. Black's opinion and the substance of his expert testimony is more thoroughly disclosed in his expert report, served April 1, 2024. | |
| **2.** | Paul Dopp | Mr. Dopp will provide expert testimony regarding damages sustained by Prudential in connection with the Gardinas' misconduct. Mr. Dopp's opinion and the substance of his expert testimony is more thoroughly disclosed in his expert report, served April 1, 2024. Prudential reserves the right to amend and supplement Mr. Dopp's report, including his prejudgment interest figures and/or damages figures generally, through the date of judgment, and based on the evidence and/or subject to proof at trial. | |
| **3.** | Dr. Charles Levy | Dr. Levy will provide expert testimony from a unique perspective as a physiatrist (physician specially trained in the field of physical medicine and rehabilitation), regarding whether Carol | |

| | | | |
|---|---|---|---|
| | | Gardina and George Gardina suffer from either a "severe Cognitive Impairment" or have lost the ability to perform, without "Substantial Assistance, at least two Activities of Daily Living," as those terms are understood in the medical literature and defined in the Gardinas' respective Policies. Dr. Levy will also provide expert testimony regarding any discrepancies in the Gardinas' reported medical conditions as documented in their respective claim files when compared to the photographic, video, testimonial, and other records in the case. Dr. Levy will also provide expert testimony regarding whether the Gardinas misrepresented Mrs. Gardina's cognitive and functional capacities. Dr. Levy's opinion and the substance of his expert testimony is more thoroughly disclosed in his expert reports, served April 1, and June 3, 2024. | |
| **4.** | Kyle Victor | Mr. Victor will provide expert testimony regarding claims handling standards, customs, and practices in the insurance industry, including | |

| | | | |
|---|---|---|---|
| | | whether Prudential complied with those standards, customs, and practices. Mr. Victor will further provide expert testimony on Prudential's request for medical records from the Gardinas, how that is standard practice in the industry, and Prudential's investigation as it relates to claims handling standards, customs, and practices. Mr. Victor's opinion and the substance of his expert testimony is more thoroughly disclosed in his expert report, served April 1, 2024. | |
| **5.** | Dr. Andrew Woo | Dr. Woo will provide expert testimony from his unique perspective as a neurologist, regarding whether Carol Gardina suffers from a "severe Cognitive Impairment" or has lost the ability to perform, without "Substantial Assistance, at least two Activities of Daily Living," as those terms are understood in the medical literature and defined by Mrs. Gardina's Policy. Dr. Woo will also provide expert testimony regarding any discrepancies in the Gardinas' reported medical conditions as documented in | |

| | | | |
|---|---|---|---|
| | | their respective claim files when compared to the photographic, video, testimonial, and other records in the case. Dr. Woo will also provide expert testimony regarding whether the Gardinas misrepresented Mrs. Gardina's cognitive and functional capacities. Dr. Woo's opinion and the substance of his expert testimony is more thoroughly disclosed in his expert reports, served April 1, and June 3, 2024. | |

Dated: December 30, 2024

Respectfully submitted,

*/s/Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*