# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,

Plaintiff,

v.

**CASE NO: 6:23-cv-01125-JSS/DCI**

CAROL GARDINA, an individual, and GEORGE GARDINA, an individual,

Defendants.
_______________________________________/

**DEFENDANTS' EXPERT WITNESS DISCLOSURE PURSUANT TO Fed. R. Civ. P. 26(a)(2)**

Defendants, CAROL GARDINA and GEORGE GARDINA, by and through the undersigned counsel, in accordance with Fed. R. Civ. P. 26(a)(2)(c), hereby file this Expert Witness Disclosure, pursuant to the Case Management and Scheduling Order (DE 43), and discloses the following names and addresses of expert witnesses they expect to call at trial:

**A. CAROL GARDINA's Expert Witnesses**:

1. Dr. Carolina Nguyen-Min
   Orlando Health
   4750 The Grove Drive, Suite 250
   Windermere, FL 34786

2. Dr. Yunyu Cao
   University of Washington-Issaquah Neighborhood Clinic
   1740 NW Maple Street, Suite 100
   Issaquah, WA 98027

3. Dr. Jessie L. Wang
   University of Washington-Issaquah Neighborhood Clinic
   1740 NW Maple Street, Suite 100
   Issaquah, WA 98027

4. Dr. Laura Montour
   University of Washington-Ballard Clinic
   1455 NW Leary Way, Suite 250
   Seattle, WA 98107

5. Dr. Matthew Snell
   Orlando Health
   7472 Doc's Grove Circle
   Orlando, FL 32819

6. Dr. Kathryn Simon
   Orlando Health
   7472 Doc's Grove Circle
   Orlando, FL 32819

7. Dr. Deborah Harding
   7575 Dr. Phillips Blvd., Suite 10
   Orlando, FL 32819

8. Marsha Bounds, ARNP
   7575 Dr. Phillips Blvd., Suite 10
   Orlando, FL 32819

9. Dr. Rene Kulhanek
   4701 N. Federal Highway
   Ft. Lauderdale, FL 33305

**B. GEORGE GARDINA's Expert Witnesses:**

1. Dr. Frederick Matsen
   4245 Roosevelt Way NE
   Seattle, WA 98105

2. Alex Bertelsen, PAC
   4245 Roosevelt Way NE
   Seattle, WA 98105

3. Katrina Agito, MD
   2000 Fowler Grove Blvd Ste 300
   Winter Garden, FL 34787

4. Joshua Jenkins, MD
   7243 Della Dr, 3rd Floor Suite K
   Orlando, FL 32819

5. Elizabeth Jacobs, MD
   10155 Dowden Rd Ste 301
   Orlando, FL 32832

6. Dr. Thomas Cherry
   Univ. of Washington-Ravenna Clinic
   4915 25th Avenue NE, Suite 300W
   Seattle, WA 98105

7. Dr. Jessie L. Wang
   University of Washington-Issaquah Neighborhood Clinic
   1740 NW Maple Street, Suite 100
   Issaquah, WA 98027

The above-listed expert(s) are Defendants' treating physicians and are disclosed pursuant to Fed. R. Civ. P Rule 26(a)(c)(2). Defendants' treating physicians are expected to regarding their examination, diagnosis and/or treatment of Defendants , as well their need of assistance with their activities of daily living. The basis for their testimony may include the depositions in this matter, the medical records, the physical evidence, any photographs, any accident reports, any witness statements, and any other discovery in this matter. The Defendants are hereby offered to take the depositions of any such designated witnesses to inquire further.

The Defendants reserve the right to amend and/or supplement this expert witness disclosure and add any other expert witness(es) as they are discovered and/or found to be deemed necessary in this matter.

Dated: May ***1st***, 2024.

Respectfully submitted,

BENRUBI LAW, P. A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
Phone: (561) 910-8650
Email: *RBenrubi@benrubilaw.com*
Secondary: *cgarcia@benrubilaw.com*

***Counsel for Defendants***

By: /s/ Richard M. Benrubi
RICHARD M. BENRUBI, ESQ.
Florida Bar No.: 796573

**CERTIFICATE OF SERVICE**

I hereby certify that on May ***1st***, 2024, a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF and served on the parties to this litigation as follows:

**ANDREW S. AZARMI, ESQ.**
**SEENA FOROUZAN, ESQ.**
Dentons US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: Andrew.Azarmi@dentons.com
Seena.Forouzan@dentons.com

***Attorneys for Plaintiff***

By: /s/ Richard M. Benrubi
RICHARD M. BENRUBI, ESQ.
Florida Bar No.: 796573