# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION,

Plaintiff,

v.

CAROL GARDINA, an individual; GEORGE GARDINA, an individual,

Defendants.

AND RELATED COUNTERCLAIM

CASE NO: 6:23-cv-1125-JSS-DCI

Judge: Hon. Julie S. Sneed

**PLAINTIFF/COUNTER-DEFENDANT THE PRUDENTIAL INSURANCE COMPANY'S DEPOSITION DESIGNATIONS**

Pursuant to Pursuant to Civil Local Rule 3.05, the Amended Case Management and Scheduling Order, Dkt. 78, and the Pretrial Order, Dkt. 98, Plaintiff/Counter-Defendant The Prudential Insurance Company of America ("Prudential") provides its list of deposition designations. The inclusion of a deposition on this list does not preclude Prudential from calling the witness live instead, if the witness is available. However, to the extent any of the following are to be called by deposition, the designations of such testimony (including all accompanying video of the same) is as follows:

| OBJECTION CODES | |
|---|---|
| C: Completeness | R: Relevance |
| CU: Cumulative | UP: Unfairly Prejudice |

| **George Gardina – 04/18/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 6 | 10 | 6 | 12 | | | | | | | | |
| 8 | 15 | 8 | 21 | | | R | 8 | 25 | 9 | 9 | C |
| 8 | 25 | 9 | 2 | | | | | | | | |
| 9 | 10 | 9 | 13 | | | | | | | | |
| 9 | 18 | 9 | 21 | | | | | | | | |
| 10 | 1 | 11 | 1 | | | | 12 | 1 | 13 | 20 | |
| 13 | 24 | 14 | 8 | | | | | | | | |
| 15 | 18 | 16 | 5 | | | | 16 | 6 | 16 | 14 | C |
| 16 | 15 | 16 | 22 | | | | | | | | |
| 17 | 20 | 17 | 24 | | | | | | | | |
| 18 | 14 | 18 | 18 | | | | | | | | |
| 19 | 19 | 19 | 23 | | | | 19 | 24 | | | C |
| 19 | 25 | 20 | 8 | "Did you attend" | | | 21<br>25 | 21<br>2 | 23<br>25 | 9<br>16 | |
| 25 | 11 | 26 | 19 | | | | | | | | |
| 27 | 1 | 27 | 10 | | | | | | | | |
| 28 | 22 | 29 | 25 | | | H | | | | | |
| 30 | 1 | 30 | 9 | | | | | | | | |
| 30 | 12 | 31 | 10 | | | | | | | | |
| 32 | 2 | 32 | 15 | 32:5 | 32:13 | No Q/A | 32 | 20 | 32 | 23 | C |
| 32 | 17 | 33 | 21 | | | | | | | | |
| 34 | 22 | 35 | 11 | | | | 33 | 19 | 34 | 21 | C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 12 | 35 | 20 | | | | | | | | |
| 35 | 21 | 36 | 6 | | | | | | | | |
| 36 | 7 | 37 | 6 | | | | 37 | 7 | 37 | 16 | C |
| 40 | 17 | 40 | 25 | | | | 38 | 13 | 39 | 21 | C |
| 41 | 2 | 41 | 10 | | | | | | | | |
| 41 | 13 | 43 | 3 | | | | | | | | |
| 43 | 4 | 43 | 25 | | "hol ding her." | | | | | | |
| 44 | 3 | 44 | 23 | | | | | | | | |
| 44 | 25 | 45 | 15 | | | | | | | | |
| 48 | 8 | 48 | 13 | | | | | | | | |
| 49 | 21 | 50 | 21 | | | | | | | | |
| 51 | 14 | 52 | 23 | | | CL | | | | | |
| 53 | 1 | 53 | 12 | | | | 53 | 13 | 54 | 3 | C |
| 54 | 4 | 55 | 10 | | | | | | | | |
| 55 | 21 | 56 | 11 | | | | | | | | |
| 56 | 12 | 57 | 2 | | | | | | | | |
| 57 | 3 | 57 | 14 | | | | | | | | |
| 57 | 16 | 57 | 23 | | | | | | | | |
| 57 | 24 | 58 | 9 | | | | | | | | |
| 58 | 10 | 58 | 22 | | | | 58 | 23 | 59 | 9 | C |
| 61 | 7 | 62 | 13 | | | | | | | | |
| 62 | 14 | 64 | 6 | | | | 64 | 2 | 64 | 18 | C |
| 64 | 19 | 66 | 21 | | | | | | | | |
| 66 | 24 | 67 | 25 | | | | | | | | |
| 68 | 1 | 68 | 15 | | | | | | | | |
| 68 | 17 | 69 | 7 | | | | 69 | 8 | 69 | 19 | C |
| 69 | 20 | 70 | 4 | | | | | | | | |
| 70 | 17 | 71 | 21 | | | | | | | | |
| 72 | 2 | 72 | 25 | | | | | | | | |
| 73 | 1 | 74 | 11 | | | | | | | | |
| 74 | 18 | 75 | 2 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 1 | 80 | 5 | 79:1 | 79:17 | R, UP | | | | | |
| 82 | 20 | 83 | 21 | "So in this assessment" | | | | | | | |
| 85 | 13 | 86 | 21 | | | | 86 | 20 | 87 | 1 | C |
| 86 | 25 | 87 | 8 | | | | 87 | 9 | 87 | 15 | C |
| 87 | 13 | 87 | 23 | | | | 87 | 24 | 88 | 13 | C |
| 88 | 2 | 89 | 4 | | | | | | | | |
| 89 | 22 | 91 | 25 | | | | | | | | |
| 92 | 24 | 94 | 3 | | | | | | | | |
| 94 | 7 | 94 | 24 | "Previously marked Exhibit 15" | | | | | | | |
| 94 | 25 | 95 | 6 | | | | | | | | |
| 95 | 12 | 95 | 17 | | | | | | | | |
| 95 | 18 | 97 | 4 | | | | | | | | |
| 97 | 5 | 99 | 4 | | | | | | | | |
| 101 | 9 | 101 | 25 | "When was the last time" | | | | | | | |
| 105 | 15 | 105 | 22 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 2 | 110 | 23 | | | | | | | | |
| 112 | 2 | 112 | 12 | | | | 112 | 18 | 118 | 1 | |
| 115 | 19 | 116 | 10 | | | | | | | | |
| 116 | 17 | 117 | 1 | | | | | | | | |
| 117 | 2 | 117 | 21 | | | | | | | | |
| 118 | 11 | 119 | 4 | | | | | | | | |
| 119 | 15 | 120 | 8 | “Th<br>is<br>on-<br>site<br>” | | | | | | | |
| 121 | 23 | 122 | 23 | “An<br>d<br>here<br>it<br>says<br>” | | | | | | | |
| 123 | 19 | 124 | 7 | 123:<br>19 –<br>21 | | R,UP | | | | | |
| 124 | 14 | 125 | 11 | | | | 125 | 12 | 125 | 19 | C |
| 125 | 20 | 126 | 21 | | | | | | | | |
| 127 | 14 | 128 | 6 | | | | | | | | |
| 128 | 13 | 130 | 10 | | “I<br>can’t<br>expl<br>ain<br>that.<br>” | | | | | | |
| 132 | 25 | 133 | 18 | | | | | | | | |
| 133 | 20 | 135 | 18 | “Let<br>’s<br>look<br>at | | | 135<br>138 | 12<br>6 | 137<br>140 | 9<br>1 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Exhibit” | | | | | | | |
| 135 | 23 | 136 | 16 | | | | | | | | |
| 136 | 17 | 138 | 3 | | | | | | | | |
| 138 | 6 | 139 | 22 | | | | | | | | |
| 140 | 5 | 141 | 6 | | | | | | | | |
| 141 | 9 | 142 | 17 | “We’re looking” | | | | | | | |
| 146 | 6 | 150 | 22 | | | | | | | | |
| 150 | 24 | 151 | 13 | | | | | | | | |
| 151 | 8 | 151 | 21 | | | | | | | | |
| 152 | 1 | 153 | 16 | | | | | | | | |
| 154 | 11 | 156 | 16 | | | | 158 | 21 | 158 | 24 | C |
| 157 | 4 | 157 | 18 | | | | | | | | |
| 158 | 21 | 158 | 23 | | “trying to direct me. Mrs. Boss.” | | | | | | |
| 158 | 25 | 159 | 7 | | | | | | | | |
| 159 | 9 | 159 | 13 | | | | | | | | |
| 159 | 14 | 160 | 17 | | | | | | | | |
| 160 | 21 | 163 | 15 | | | | | | | | |
| 163 | 20 | 164 | 21 | | | | | | | | |
| 164 | 23 | 165 | 4 | “We have” | | | | | | | |
| 165 | 8 | 166 | 7 | | | | | | | | |
| 166 | 14 | 169 | 15 | | | | 169 | 17 | 171 | 13 | C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 12 | 173 | 23 | | | | | | | | |
| 179 | 9 | 179 | 14 | | | | 186 | 12 | 188 | 15 | C |
| 191 | 8 | 195 | 5 | | | | | | | | |
| 196 | 1 | 197 | 25 | | | | 198 | 1 | 200 | 11 | C |
| 216 | 1 | 221 | 7 | | | | 202 | 3 | 203 | 19 | C |
| 224 | 6 | 224 | 20 | | | | | | | | |
| 225 | 23 | 226 | 20 | | | R, UP | 221 | 24 | 223 | 18 | C |

| **<u>Carol Gardina – 4/26/2024</u>** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 6 | 23 | 6 | 25 | | | | | | | | |
| 9 | 12 | 9 | 25 | | | | | | | | |
| 10 | 1 | 10 | 18 | | | | | | | | |

| **<u>Carol Gardina – 5/13/2024</u>** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 5 | 17 | 5 | 20 | | | | | | | | |
| 8 | 9 | 8 | 25 | | | | | | | | |
| 9 | 8 | 10 | 21 | | | | | | | | |
| 12 | 1 | 12 | 13 | | | | | | | | |
| 12 | 22 | 13 | 14 | | | | | | | | |
| 14 | 1 | 15 | 11 | | | | | | | | |
| 16 | 3 | 17 | 5 | | | | | | | | |
| 17 | 6 | 17 | 22 | | | | 17 | 14 | 17 | 22 | |
| 21 | 23 | 21 | 24 | | "August 2006 BEA." | | 18<br>20<br>21<br>21 | 13<br>10<br>20<br>25 | 18<br>20<br>21<br>23 | 22<br>12<br>12<br>1 | |
| 23 | 2 | 23 | 16 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 24 | 24 | 18 | | | | 24 | 19 | 25 | 23 | |
| 25 | 24 | 26 | 3 | | “June 10th, 2007.” | | 26 | 4 | 27 | 18 | |
| 27 | 19 | 31 | 15 | | | H | | | | | |
| 32 | 1 | 32 | 22 | | | | | | | | |
| 33 | 1 | 33 | 18 | | | | | | | | |
| 34 | 2 | 34 | 18 | | | | | | | | |
| 34 | 23 | 35 | 22 | | | | | | | | |
| 36 | 1 | 36 | 24 | | | | 36 | 25 | 37 | 19 | |
| 38 | 9 | 38 | 11 | | | | 38 | 12 | 40 | 25 | |
| 41 | 1 | 41 | 10 | | | | | | | | |
| 41 | 21 | 43 | 2 | | | | 43 | 2 | 43 | 7 | |
| 43 | 8 | 44 | 1 | | | | | | | | |
| 44 | 2 | 44 | 15 | | | | 44 | 16 | 45 | 7 | |
| 45 | 8 | 45 | 21 | | | | | | | | |
| 46 | 2 | 46 | 20 | | | | | | | | |
| 46 | 24 | 47 | 7 | | | | 47 | 8 | 47 | 14 | |
| 47 | 15 | 47 | 19 | | | | | | | | |
| 47 | 23 | 48 | 19 | | | | 49 | 21 | 49 | 23 | |
| 49 | 1 | 49 | 20 | | | | | | | | |
| 49 | 24 | 50 | 15 | | | | 50 | 16 | 52 | 17 | |
| 52 | 18 | 52 | 25 | | | | 53 | 14 | 53 | 25 | |
| 56 | 21 | 56 | 23 | | “eligibility assessment.” | | 55<br>57 | 24<br>21 | 56<br>59 | 10<br>23 | |
| 59 | 24 | 60 | 9 | | | | 60 | 10 | 60 | 11 | |
| 60 | 12 | 62 | 5 | | | | 63 | 1 | 66 | 5 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 6 | 66 | 25 | "If we can put up Tab" | | | 67 | 1 | 73 | 17 | |
| 73 | 7 | 73 | 16 | | | | | | | | |
| 73 | 18 | 74 | 11 | | | | 74 | 12 | 75 | 10 | |
| 74 | 12 | 75 | 13 | | | | | | | | |
| 79 | 10 | 80 | 25 | | | | | | | | |
| 84 | 16 | 85 | 24 | | | | | | | | |
| 86 | 9 | 86 | 14 | 86:12 | 86:14 | No Answer | | | | | |
| 87 | 2 | 87 | 25 | | | | | | | | |
| 88 | 1 | 89 | 10 | | | | | | | | |
| 89 | 13 | 91 | 7 | | | | | | | | |
| 91 | 10 | 91 | 24 | | | | | | | | |
| 92 | 1 | 92 | 25 | | | | | | | | |
| 93 | 1 | 94 | 4 | | | | | | | | |
| 94 | 5 | 94 | 11 | | | | 94 | 12 | 94 | 17 | |
| 95 | 9 | 97 | 20 | | | | | | | | |
| 98 | 8 | 98 | 20 | | | | | | | | |
| 98 | 21 | 99 | 9 | | | | | | | | |
| 101 | 18 | 102 | 20 | | | | 104 | 4 | 104 | 12 | |
| 105 | 1 | 107 | 5 | | | | | | | | |
| 107 | 8 | 108 | 19 | | | | | | | | |
| 109 | 1 | 110 | 6 | | | | | | | | |
| 113 | 10 | 116 | 12 | | | | | | | | |

| **Antonia Horton – 04/16/2024 and 04/19/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 5 | 16 | 5 | 25 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 10 | 11 | 25 | | | | | | | | |
| 12 | 1 | 13 | 19 | | | | 13 | 20 | 14 | 4 | C |
| 14 | 5 | 14 | 13 | | | | 14 | 14 | 18 | 2 | C |
| 18 | 15 | 18 | 20 | | | | | | | | |
| 19 | 2 | 19 | 13 | | | | | | | | |
| 19 | 16 | 20 | 18 | | | | | | | | |
| 21 | 3 | 21 | 14 | "our office" | | | | | | | |
| 22 | 5 | 23 | 6 | | | | | | | | |
| 23 | 9 | 24 | 16 | | | | 24 | 17 | 25 | 8 | C |
| 25 | 9 | 27 | 18 | 27:14 | 27:20 | P | | | | | |
| 27 | 21 | 28 | 10 | | | | | | | | |
| 28 | 11 | 28 | 18 | | | | | | | | |
| 28 | 19 | 31 | 20 | | | | | | | | |
| 32 | 3 | 32 | 10 | | | | | | | | |
| 32 | 19 | 33 | 20 | | | | | | | | |
| 33 | 21 | 33 | 23 | | | | | | | | |
| 34 | 7 | 34 | 13 | | | | 34 | 14 | 34 | 23 | C |
| 34 | 24 | 35 | 12 | | | | | | | | |
| 35 | 16 | 37 | 11 | 35:16 | 35:20 | Form | | | | | |
| 37 | 12 | 37 | 14 | | | | | | | | |
| 38 | 5 | 39 | 20 | | | | | | | | |
| 40 | 6 | 42 | 22 | | | | | | | | |
| 43 | 1 | 44 | 21 | | | | | | | | |
| 45 | 1 | 45 | 8 | | | | | | | | |
| 45 | 12 | 46 | 14 | | | | | | | | |
| 46 | 20 | 48 | 4 | | | | | | | | |
| 48 | 7 | 50 | 11 | | | | | | | | |
| 52 | 5 | 52 | 14 | | | | | | | | |
| 63 | 6 | 63 | 9 | | | | | | | | |
| 64 | 22 | 65 | 9 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 16 | 66 | 23 | | | | | | | | |
| 67 | 1 | 67 | 9 | | | | | | | | |
| 67 | 13 | 70 | 20 | | | | 70 | 21 | 71 | 7 | C |
| 71 | 8 | 71 | 11 | | | | | | | | |
| 71 | 19 | 71 | 23 | | | | | | | | |
| 71 | 24 | 72 | 1 | | | | | | | | |
| 72 | 8 | 72 | 17 | | | | | | | | |
| 72 | 21 | 72 | 25 | | | | | | | | |
| 73 | 1 | 73 | 4 | | | | | | | | |
| 73 | 8 | 73 | 12 | | | | | | | | |
| 73 | 13 | 73 | 16 | | | | | | | | |
| 73 | 20 | 74 | 5 | | | | | | | | |
| 74 | 6 | 74 | 9 | | | | | | | | |
| 74 | 13 | 74 | 16 | | | | | | | | |
| 74 | 17 | 74 | 19 | | | | | | | | |
| 75 | 5 | 75 | 16 | | | | | | | | |
| 75 | 17 | 75 | 21 | | | | | | | | |
| 76 | 3 | 76 | 4 | | | | | | | | |
| 76 | 5 | 76 | 6 | | | | | | | | |
| 76 | 10 | 76 | 13 | | | | | | | | |
| 77 | 1 | 77 | 3 | | | | | | | | |
| 77 | 7 | 77 | 8 | | | | | | | | |
| 77 | 10 | 77 | 13 | | | | | | | | |
| 77 | 17 | 77 | 19 | | | | | | | | |
| 77 | 20 | 77 | 23 | | | | | | | | |
| 78 | 2 | 78 | 4 | | | | | | | | |
| 78 | 5 | 78 | 7 | | | | | | | | |
| 78 | 11 | 78 | 13 | | | | | | | | |
| 78 | 14 | 78 | 16 | | | | | | | | |
| 78 | 20 | 78 | 24 | | | | | | | | |
| 78 | 25 | 79 | 2 | | | | | | | | |
| 79 | 6 | 79 | 14 | | | | | | | | |
| 79 | 15 | 79 | 17 | | | | | | | | |
| 79 | 21 | 80 | 6 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 9 | 81 | 20 | | | | | | | | |
| 83 | 2 | 84 | 16 | | | | | | | | |
| 84 | 17 | 86 | 5 | | | R, UP, CU | | | | | |
| 86 | 9 | 88 | 25 | | | R, UP, CU | | | | | |
| 90 | 19 | 91 | 18 | | | R, UP, CU | | | | | |
| 92 | 23 | 93 | 19 | | | R, UP, CU | | | | | |
| | | | | | | | | | | | |
| | | | | | | | 95 | 18 | 96 | 12 | |
| | | | | | | | 97 | 3 | 97 | 5 | |
| | | | | | | | 97 | 18 | 98 | 18 | |
| | | | | | | | 99 | 15 | 99 | 21 | |
| | | | | | | | 101 | 3 | 102 | 3 | |
| | | | | | | | 105 | 21 | 107 | 11 | |
| | | | | | | | 107 | 24 | 110 | 8 | |
| | | | | | | | 110 | 21 | 112 | 1 | |
| | | | | | | | 112 | 14 | 113 | 7 | |
| | | | | | | | 113 | 21 | 115 | 19 | |
| | | | | | | | 115 | 25 | 119 | 17 | |
| | | | | | | | 120 | 10 | 123 | 7 | |
| | | | | | | | 123 | 15 | 125 | 6 | |
| | | | | | | | 125 | 11 | 126 | 6 | |
| | | | | | | | 127 | 19 | 127 | 22 | |
| | | | | | | | 128 | 20 | 130 | 14 | |

| **Curt Horton – 04/19/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 6 | 4 | 6 | 12 | | | | | | | | |
| 10 | 20 | 12 | 6 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 4 | 13 | 6 | "Approximately" | | | | | | | |
| 14 | 10 | 14 | 21 | "Were there any" | | | | | | | |
| 14 | 22 | 15 | 25 | | | | 16 | 1 | 18 | 3 | C |
| 16 | 10 | 18 | 3 | | | | | | | | |
| 18 | 4 | 19 | 8 | | | | 19 | 9 | 20 | 2 | C |
| 20 | 23 | 22 | 3 | | | | 20 | 18 | 20 | 22 | C |
| 22 | 4 | 22 | 6 | | | | | | | | |
| 22 | 12 | 23 | 22 | | | | | | | | |
| 25 | 11 | 27 | 13 | | | CU | | | | | |
| 27 | 14 | 28 | 25 | | | CU | | | | | |
| 29 | 11 | 30 | 3 | | | | | | | | |
| 30 | 4 | 30 | 25 | | | | | | | | |
| 31 | 1 | 31 | 25 | | | CU | | | | | |
| 32 | 1 | 34 | 16 | | | CU | | | | | |
| 34 | 17 | 35 | 25 | | "put together." | CU | | | | | |
| 36 | 9 | 36 | 20 | | | CU | | | | | |
| 36 | 21 | 38 | 22 | | | CU | | | | | |
| 40 | 9 | 41 | 3 | | | CU | | | | | |
| 41 | 14 | 41 | 25 | | | | | | | | |
| 42 | 1 | 43 | 9 | | | | | | | | |
| 48 | 19 | 49 | 7 | | | | 48 | 8 | 50 | 5 | C |
| 51 | 22 | 52 | 23 | | | | | | | | |

| **Anne Migliozzi – 03/13/2024** | |
|---|---|
| Prudential's Deposition Designations | Counter Designations |

| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 21 | 6 | 25 | | | | | | | | |
| 12 | 19 | 15 | 3 | | | | | | | | |
| 17 | 10 | 19 | 3 | | | | | | | | |
| 21 | 4 | 22 | 2 | "Did you stop running" | | R, UP 21:12 – 22:2 | 58<br>72<br>73 | 25<br>9<br>9 | 29<br>72<br>72 | 10<br>12<br>24 | |
| 22 | 7 | 22 | 22 | | | | | | | | |
| 23 | 1 | 24 | 1 | | | R, UP | | | | | |
| 24 | 7 | 25 | 6 | | | R, UP | | | | | |
| 25 | 15 | 27 | 13 | "Do you ever recall" | | R, UP | | | | | |
| 33 | 10 | 36 | 16 | | | R, UP | | | | | |
| 36 | 24 | 39 | 5 | 37:11 | 39:5 | R, UP, CU | | | | | |
| 39 | 15 | 42 | 18 | | | R, UP, CU | | | | | |
| 47 | 5 | 49 | 11 | | | CU | | | | | |
| 70 | 23 | 72 | 1 | | | | | | | | |
| 73 | 25 | 74 | 8 | | | C | 74 | 9 | 74 | 11 | |
| 74 | 21 | 76 | 5 | 75:13 | 76:5 | R, UP | | | | | |

| **Thomas A. Miklusak – 04/19/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 16 | 2 | 16 | 11 | | | | | | | | |
| 21 | 9 | 21 | 25 | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 4 | 27 | 20 | | | | | | | | |
| 30 | 1 | 30 | 14 | | | R | | | | | |
| 31 | 3 | 31 | 16 | | | | | | | | |
| 50 | 10 | 51 | 2 | | | | | | | | |
| 51 | 3 | 51 | 22 | | | | 51 | 23 | 52 | 19 | C |
| 52 | 20 | 53 | 7 | | | | | | | | |
| 53 | 8 | 55 | 20 | | | | | | | | |
| 55 | 21 | 56 | 10 | | | | 57 | 23 | 58 | 5 | C |
| 58 | 6 | 60 | 1 | | | | | | | | |
| 61 | 12 | 61 | 25 | | | | | | | | |
| 62 | 1 | 62 | 25 | | | | 63 | 1 | 63 | 20 | C |
| 64 | 19 | 64 | 25 | | | | | | | | |
| 65 | 1 | 66 | 20 | | | | | | | | |
| 67 | 4 | 68 | 13 | | | | | | | | |
| 68 | 25 | 71 | 11 | | | | | | | | |
| 71 | 21 | 71 | 25 | | | | | | | | |
| 72 | 1 | 72 | 19 | | | | | | | | |
| 72 | 20 | 72 | 22 | | | | | | | | |
| 73 | 4 | 73 | 6 | | | | | | | | |
| 73 | 11 | 76 | 17 | | | | 76 | 18 | 76 | 24 | C |
| 79 | 1 | 81 | 20 | | | | | | | | |
| 82 | 13 | 84 | 9 | | | | | | | | |
| 86 | 21 | 89 | 19 | | | | | | | | |
| 89 | 20 | 89 | 24 | | "they're authentic" | | | | | | |
| 104 | 21 | 106 | 4 | | | CU | | | | | |
| 108 | 6 | 108 | 24 | | | R | | | | | |
| 109 | 8 | 111 | 21 | | | R, UP | | | | | |
| 112 | 2 | 113 | 12 | | | R, UP, CU | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 19 | 114 | 16 | | | R, UP, CU | | | | | |
| 117 | 19 | 118 | 21 | | | R, UP, CU | | | | | |
| 120 | 3 | 120 | 23 | | | R, UP | | | | | |
| 120 | 24 | 121 | 15 | | | R, UP | | | | | |

| **Donna Finklestein – 04/10/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 11 | 5 | 11 | 20 | | | | 11 | 21 | 11 | 25 | C |
| 12 | 1 | 13 | 20 | | | | | | | | |
| 15 | 1 | 16 | 25 | 15:1 | 16:19 | R, UP | | | | | |
| 17 | 1 | 17 | 5 | | | | | | | | |
| 17 | 9 | 17 | 23 | | | | | | | | |
| 18 | 1 | 19 | 3 | | | | | | | | |
| 19 | 10 | 29 | 24 | 19:18 | 20:1 | R, UP | | | | | |
| | | | | 20:10 | 20:22 | R, UP | | | | | |
| | | | | 28:9 | 28:13 | R, UP | | | | | |
| | | | | | | | | | | | |
| 30 | 20 | 31 | 18 | 30:24 | 31:12 | R, UP | | | | | |
| 38 | 24 | 40 | 20 | | | | | | | | |
| | | | | | | | 32 | 1 | 32 | 21 | |
| | | | | | | | 32 | 6 | 32 | 21 | |
| | | | | | | | | | | | |
| | | | | | | | 37 | 12 | 37 | 20 | |
| | | | | | | | | | | | |

| **Rose Moise – 06/11/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prudential's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 9 | 15 | 9 | 18 | | | | | | | | |
| 9 | 21 | 10 | 20 | | | | 10 | 21 | 12 | 3 | C |
| 12 | 4 | 12 | 6 | | | | 12 | 7 | 12 | 9 | C |
| 13 | 23 | 14 | 18 | 18:14 | 19:4 | R, UP, CU | 19 | 5 | 19 | 19 | C |
| 14 | 22 | 15 | 4 | | | | | | | | |
| 16 | 6 | 16 | 12 | | | | | | | | |
| 17 | 21 | 18 | 2 | | | | | | | | |
| 18 | 3 | 19 | 8 | | | | | | | | |
| 19 | 20 | 20 | 3 | | | | | | | | |
| 20 | 21 | 33 | 23 | | | | | | | | |
| 34 | 1 | 34 | 6 | | | | | | | | |
| 34 | 9 | 34 | 20 | | | | | | | | |
| 35 | 1 | 37 | 18 | | | | | | | | |
| 37 | 25 | 39 | 11 | | | | | | | | |
| 39 | 16 | 41 | 2 | | | | | | | | |
| 41 | 8 | 44 | 3 | | | | | | | | |
| 44 | 10 | 48 | 25 | | | | | | | | |
| 49 | 3 | 50 | 24 | | | R, UP | | | | | |
| 51 | 2 | 51 | 11 | | | | 51 | 21 | 53 | 18 | |
| 53 | 19 | 54 | 3 | | | | 54 | 8 | 57 | 3 | |
| 60 | 10 | 61 | 2 | | | | 60 | 1 | 60 | 8 | |
| 64 | 5 | 65 | 3 | | | | 61 | 3 | 62 | 18 | |
| 65 | 6 | 65 | 19 | | | | 63 | 2 | 62 | 16 | |
| | | | | | | | 65 | 4 | 65 | 5 | |
| | | | | | | | | | | | |

Dated: December 30, 2024

Respectfully submitted,

/s/Andrew Azarmi
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*