# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION,<br><br>Plaintiff,<br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | **CASE NO: 6:23-cv-1125-JSS-DCI**<br><br>Judge: Hon. Julie S. Sneed |

**DEFENDANTS/COUNTER-PLAINTIFFS' DEPOSITION DESIGNATIONS**

Pursuant to Pursuant to Civil Local Rule 3.05 and the Amended Case Management and Scheduling Order [DE. 78], Defendants/Counter-Plaintiffs, CAROL GARDENIA and GEORGE GARDINA ("GARDINA") provides its list of deposition designations. The inclusion of a deposition on this list does not preclude GARDINA from calling the witness live instead, if the witness is available. However, to the extent any of the following are to be called by deposition, the designations of such testimony (including all accompanying video of the same) is as follows:

| OBJECTION CODES | |
|---|---|
| C: Completeness | R: Relevance |
| CU: Cumulative | UP: Unfairly Prejudicial |
| CON: Confuse the issues | MIS: mislead the jury |
| LC: legal conclusion | H: hearsay |
| PK: lack of personal knowledge | |

| **STEPHEN DUBE – 06/13/2024** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gardina's Deposition Designations | | | | | | | Counter Designations | | | | |
| Start Page | Start Line | End Page | End Line | Start Cite | End Cite | Objections | Start Page | Start Line | End Page | End Line | Notes |
| 6 | 4 | 6 | 10 | | | | | | | | |
| 6 | 24 | 8 | 24 | | | | | | | | |
| 29 | 18 | 29 | 21 | | | C<br>CON<br>R | 29 | 22 | 31 | 7 | |
| 31 | 8 | 33 | 16 | | | C<br>MIS | 33 | 17 | 35 | 11 | |
| 36 | 4 | 36 | 20 | | | R<br>C<br>CON<br>MIS | 36 | 22 | 37 | 14 | |
| 37 | 16 | 37 | 23 | | | LC<br>UP<br>MIS<br>CON<br>CU | | | | | |
| 38 | 10 | 39 | 8 | | | C<br>CU<br>CON<br>R<br>UP<br>MIS | 56<br><br>63 | 11<br><br>18 | 57<br><br>65 | 5<br><br>3 | |
| 39 | 14 | 39 | 25 | | | C | 56 | 11 | 57 | 5 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | R<br>CU<br>UP<br>CON<br>MIS | 63 | 18 | 65 | 3 | |
| 40 | 13 | 41 | 10 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 56<br>63 | 11<br>18 | 57<br>65 | 5<br>3 | |
| 41 | 16 | 43 | 6 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS<br>H | 43 | 16 | 45 | 8 | |
| 45 | 9 | 45 | 20 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS<br>H | 56<br>63 | 11<br>18 | 57<br>65 | 5<br>3 | |
| 46 | 9 | 47 | 21 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS<br>H | 47 | 22 | 47 | 25 | |
| 48 | 19 | 49 | 24 | | | C<br>R<br>CU<br>UP<br>CON | 56<br>63 | 11<br>18 | 57<br>65 | 5<br>3 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MIS<br>H | | | | | |
| 49 | 25 | 50 | 21 | | | | | | | | |
| 51 | 23 | 53 | 10 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 56<br><br>63 | 11<br><br>18 | 57<br><br>65 | 5<br><br>3 | |
| 54 | 17 | 54 | 22 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK | | | | | |
| 57 | 22 | 58 | 10 | | | LC<br>C<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK | | | | | |
| 60 | 20 | 60 | 25 | | | LC<br>C<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK | 56<br><br>63 | 11<br><br>18 | 57<br><br>65 | 5<br><br>3 | |
| 62 | 7 | 63 | 13 | | | LC<br>C<br>R<br>CU<br>UP | 56<br><br>63 | 11<br><br>18 | 57<br><br>65 | 5<br><br>3 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CON<br>MIS | | | | | |
| 65 | 5 | 66 | 10 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 56<br>63<br>66 | 11<br>18<br>15 | 57<br>65<br>67 | 5<br>3<br>3 | |
| 67 | 4 | 67 | 15 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 56<br>63<br>66 | 11<br>18<br>15 | 57<br>65<br>67 | 5<br>3<br>3 | |
| 68 | 2 | 69 | 8 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 56<br>63<br>66 | 11<br>18<br>15 | 57<br>65<br>67 | 5<br>3<br>3 | |
| 70 | 19 | 71 | 8 | | | LC<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK | | | | | |
| 72 | 12 | 73 | 23 | | | LC<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK | | | | | |
| 78 | 23 | 79 | 1 | | | R<br>CU<br>UP | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CON<br>MIS<br>PK | | | | | |
| 79 | 5 | 79 | 10 | | | R<br>CU<br>UP<br>CON<br>MIS<br>PK | | | | | |
| 79 | 15 | 84 | 2 | | | R<br>CU<br>UP<br>CON<br>MIS<br>PK<br>H | | | | | |
| 84 | 15 | 86 | 2 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS<br>PK<br>H | 56<br><br>63<br><br>66<br><br>90 | 11<br><br>18<br><br>15<br><br>7 | 57<br><br>65<br><br>67<br><br>91 | 5<br><br>3<br><br>3<br><br>2 | |
| 89 | 6 | 89 | 12 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | 90 | 7 | 91 | 2 | |
| 92 | 8 | 93 | 8 | | | C<br>R<br>CU<br>UP<br>CON<br>MIS | | | | | |
| 95 | 3 | 96 | 15 | | | C | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | R<br>CU<br>UP<br>CON<br>MIS | | | | | |
| 97 | 7 | 97 | 17 | | | | | | | | |
| 98 | 1 | 98 | 5 | | | | | | | | |

Dated: December 30, 2024

Respectfully submitted,
*/s/Richard Benrubi*

Richard M. Benrubi (FBN 796573)
BENRUBI LAW, P.A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
Office: (561) 910-8650
Email: *RBenrubi@benrubilaw.com*
*cgarcia@benrubilaw.com*

*Counsel for Defendants Carol Gardina and George Gardina*