# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants. | CASE NO: 6:23-cv-1125-JSS-DCI<br><br>Judge: Hon. Julie S. Sneed |

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S PROPOSED VERDICT FORM**

Pursuant to the Amended Case Management and Scheduling Order, Dkt. 78, p. 6, Plaintiff/Counter-Defendant The Prudential Insurance Company of America ("Prudential") hereby submit this Proposed Verdict Form.[1]

[1] The Parties met and conferred regarding the Joint Pretrial Submissions, including this verdict form, on December 19, December 24, and December 27. Despite their best efforts, the Parties were unable to come to agreement on a proposed verdict form, and are instead submitting their own separate proposed verdict forms.

Dated: December 30, 2024

Respectfully submitted,

*/s/ Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*

# SPECIAL VERDICT FORM

We answer questions submitted to us as follows:

## Fraudulent Misrepresentation

1. Do you find by a preponderance of the evidence that any of the below defendants committed fraud against Prudential in connection with Carol Gardina's long-term care insurance claim under her Policy?

   Carol Gardina ______ Yes ______ No

   George Gardina ______ Yes ______ No

   *Please proceed to answer question 2.*

2. Do you find by a preponderance of the evidence that any of the below defendants committed fraud against Prudential in connection with George Gardina's long-term care insurance claim under his Policy?

   Carol Gardina ______ Yes ______ No

   George Gardina ______ Yes ______ No

   *If you answered "No" for <u>all</u> defendants for <u>both</u> questions 1 and 2, then stop and proceed to question 4. Otherwise, continue to question 3.*

3. If you answered "Yes," in Question 1 or Question 2 for <u>any</u> of the Defendants, please state the amount, in dollars, that will fairly compensate Prudential for its damages resulting from the fraud.

   $ ____________

   *Please proceed to question 4.*

## Fraudulent Concealment

4. Do you find by a preponderance of the evidence that any of the below defendants committed fraud against Prudential in connection with Carol Gardina's long-term care insurance claim under her Policy?

   Carol Gardina ______ Yes ______ No

   George Gardina ______ Yes ______ No

*Please proceed to answer question 5.*

5. Do you find by a preponderance of the evidence that any of the below defendants committed fraud against Prudential in connection with George Gardina's long-term care insurance claim under his Policy?

   Carol Gardina ______ Yes ______ No

   George Gardina ______ Yes ______ No

*If you answered "No" for <u>all</u> defendants for <u>both</u> questions 4 and 5, then stop and proceed to the question 7. Otherwise, continue to question 6.*

6. If you answered "Yes," in Question 4 or Question 5 for <u>any</u> of the Defendants, please state the amount, in dollars, that will fairly compensate Prudential for its damages resulting from the fraud.

   $ ____________

*Please proceed to answer 7.*

**<u>Civil Conspiracy</u>**

7. Do you find by a preponderance of the evidence that Carol and George Gardina conspired to do an unlawful act or do a lawful act by unlawful means, in accordance with the instructions given to you?

   ______ Yes ______ No

*If your answer to question 7 is yes, then answer question 8. If your answer to question 7 is no, stop here, and please go to question 9.*

8. Please state the amount, in dollars, that will fairly compensate Prudential for its damages resulting from the conspiracy.

   $ ____________

*Please proceed to answer question 9.*

## Punitive Damages

9. Under the circumstances of this case, do you find that by clear and convincing evidence that Carol Gardina is guilty of intentional misconduct, which is a substantial cause of loss, damages or injury to Prudential?

______ Yes ______ No

*If your answer to question 9 is "yes," then please proceed to question 10. If your answer to question 9 is "no," then stop here, and please proceed to question 11.*

10. What is the total amount of punitive damages, if any, which you find, by the greater weight of the evidence, should be assessed against Carol Gardina?

$ ___________

*Please proceed to answer question 11.*

11. Under the circumstances of this case, do you find that by clear and convincing evidence that George Gardina is guilty of intentional misconduct, which is a substantial cause of loss, damages or injury to Prudential?

______ Yes ______ No

*If your answer to question 11 is "yes," then please proceed to question 12. If your answer to question 11 is "no," then stop here, and please proceed to question 13.*

12. What is the total amount of punitive damages, if any, which you find, by the greater weight of the evidence, should be assessed against George Gardina?

$ ___________

*Please proceed to answer question 13.*

**Affirmative Defense: Statute of Limitations**

13. Did the Gardinas prove that Prudential had discovered, or should have discovered with the exercise of due diligence, the Gardinas fraud before June 14, 2019?

______ Yes ______ No

*If your answer to question 13 is "no," then stop here, and please proceed to question 17. If your answer to question 13 is "yes," then please proceed to question 14.*

14. Did Prudential prove that the Gardinas successfully fraudulently concealed their wrongdoings, used fraudulent means to achieve that concealment, and that Prudential exercised reasonable care and diligence to discover the Gardinas fraud?

______ Yes ______ No

*If your answer to question 14 is "yes," then stop here, and please proceed to question 17. If your answer to question 14 is "no," then please proceed to question 15.*

15. Did Prudential prove that the Gardinas committed additional fraudulent misrepresentations and/or fraudulently concealed material facts from Prudential after June 14, 2019?

______ Yes ______ No

*If your answer to question 15 is "yes," then stop here, and please proceed to question 16. If your answer to question 14 is "no," then please proceed to question 17.*

16. What is the date of the last fraudulent act committed by the Gardinas?

__________

**Counterclaim – Carol Gardina's Counterclaim for Breach of Contract against Prudential**

17. Did Carol Gardina prove she suffered from a Chronic Illness or Disability from July 2023 to the present?

______ Yes ______ No

*If your answer to question 17 is no, then answer question 18. If your answer to question 17 is yes, stop here, please go to question 19.*

18. Was Carol Gardina's performance of her obligations in any way prevented, excused or waived by Prudential?

______ Yes ______ No

*If your answer to both question 17 and 18 is "No," then proceed to question 23. If your answer to either question 17 or 18 is "Yes," then proceed to question 19.*

19. Did Carol Gardina prove that Prudential breached her Policy by failing to pay her long-term care benefits from July 2023 to the present?

______ Yes ______ No

*If your answer to question 19 is yes, then answer question 20. If your answer to question 19 is no, stop here, please go to question 23.*

20. Did Carol Gardina prove she suffered damages resulting from Prudential's breach?

______ Yes ______ No

*If your answer to question 20 is yes, then answer question 21. If your answer to question 20 is no, stop here, please go to question 23.*

21. Did Prudential prove any of its affirmative defenses for not performing the contract?

______ Yes ______ No

*If your answer to question 21 is yes, stop here, please go to question 23. If your answer to question 21 is no, please go to question 22.*

22. State the amount of damages that Carol Gardina proved she incurred as a result of Prudential's failure to pay long-term care benefits from July 2023 to the present?

$ ___________

*Please proceed to answer question 23.*

**Counterclaim – George Gardina's Counterclaim for Breach of Contract against Prudential**

23. Did George Gardina prove he suffered from a Chronic Illness or Disability from July 2020 to September 2022?

______ Yes ______ No

*If your answer to question 23 is no, then answer question 24. If your answer to question 23 is yes, stop here, please go to question 25.*

24. Was George Gardina's performance of his obligations in any way prevented, excused or waived by Prudential?

______ Yes ______ No

*If your answer to both question 23 and 24 is "No," then stop here and have the presiding juror sign and date this form. If your answer to either question 23 or 24 is "Yes," then proceed to question 25.*

25. Did George Gardina prove that Prudential breached his Policy by failing to pay him long-term care benefits from July 2020 to September 2022?

______ Yes ______ No

*If your answer to question 25 is yes, then answer question 26. If your answer to question 25 is no, stop here and have the presiding juror sign and date this form.*

26. Did George Gardina prove he suffered damages resulting from Prudential's breach?

______ Yes ______ No

*If your answer to question 26 is yes, then answer question 27. If your answer to question 26 is no, stop here and have the presiding juror sign and date this form.*

27. Did Prudential prove any of its affirmative defenses for not performing the contract?

______ Yes ______ No

*If your answer to question 27 is yes, stop here and have the presiding juror sign and date this form.. If your answer to question 27 is no, please go to question 28.*

28. State the amount of damages that George Gardina proved he incurred as a result of Prudential's failure to pay long-term care benefits from July 2020 to September 2022?

$ ___________

*Please have the presiding juror sign and date the form.*

_____________________ Date: ___________________

Presiding Juror