# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Plaintiff,<br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants. | CASE NO: 6:23-cv-1125-JSS-DCI<br><br>Judge: Hon. Julie S. Sneed |

**DEFENDANT/COUNTER-PLAINTIFFS' PROPOSED VERDICT FORM**

Pursuant to the Amended Case Management and Scheduling Order, Dkt. 78, p. 6, Defendants/Counter-Plaintiffs Carol and George Gardina hereby submit their Proposed Verdict Form.

Dated: December 30, 2024

Respectfully submitted,

/s/ ____________________
Richard M. Benrubi (FBN 796573)
BENRUBI LAW, P.A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
Office: (561) 910-8650
Email: RBenrubi@benrubilaw.com
cgarcia@benrubilaw.com

*Counsel for Defendants Carol Gardina and George Gardina*

# SPECIAL VERDICT FORM

We answer questions submitted to us as follows:

## Fraudulent Misrepresentation

1. Do you find by a preponderance of the evidence that either of the below defendants made false statements of material fact upon which Prudential detrimentally relied in approving Carol Gardina's benefits?

Carol Gardina ______ Yes ______ No

George Gardina ______ Yes ______ No

*Please proceed to answer question 2.*

2. Do you find by a preponderance of the evidence that either of the below defendants made false statements of material fact upon which Prudential detrimentally relied in approving George Gardina's benefits?

Carol Gardina ______ Yes ______ No

George Gardina ______ Yes ______ No

*If you answered "No" for both defendants for both questions 1 and 2, then stop and proceed to question 4. Otherwise, continue to question 3.*

3. Identify by month and year each benefit which was obtained by fraudulent misrepresentation under:

Carol Gardina's policy _________________

George Gardina's policy ________________

____________________

*Please proceed to answer question 4.*

**Fraudulent Concealment**

4. Do you find by a preponderance of the evidence that either of the below defendants concealed or failed to disclose material facts upon which Prudential detrimentally relied in approving Carol Gardina's benefits?

Carol Gardina ______ Yes ______ No

George Gardina ______ Yes ______ No

*Please proceed to answer question 5.*

5. Do you find by a preponderance of the evidence that either of the below defendants concealed or failed to disclose material facts upon which Prudential detrimentally relied in approving George Gardina's benefits?

Carol Gardina ______ Yes ______ No

George Gardina ______ Yes ______ No

*If you answered "No" for both defendants for both questions 4 and 5, then stop and proceed to question 7. Otherwise, continue to question 6.*

6. Identify by month and year each benefit which wase obtained by fraudulent concealment under:

Carol Gardina's policy ________________

George Gardina's policy ________________

*Please proceed to answer 7.*

## **Civil Conspiracy**

7. Do you find by a preponderance of the evidence that Carol and George Gardina conspired to do an unlawful act or do a lawful act by unlawful means, in accordance with the instructions given to you?

_______ Yes _______ No

*If your answer to question 7 is yes, then answer questions 8, 9 and 10. If your answer to question 7 is no, stop here, and please go to question 11.*

8. Please identify by month and year each benefit the Defendants conspired to defraud Prudential of under:

Carol Gardina's policy __________________

George Gardina's policy __________________

*Please proceed to answer question 9.*

9. What was the date of Carol Gardina's last fraudulent act?

__________________

10. What was the date of George Gardina's last fraudulent act?

__________________

## **Punitive Damages**

11. Do you find that by clear and convincing evidence that Carol Gardina acted with malice, oppression or fraud such that punitive damages should be awarded?

______ Yes ______ No

*Please proceed to answer question 12.*

12. Do you find that by clear and convincing evidence that George Gardina acted with malice, oppression or fraud such that punitive damages should be awarded?

______ Yes ______ No

*Please proceed to answer question 13.*

## **Affirmative Defense of the Statute of Limitations**

13. Did Prudential know of facts, prior to June 14, 2019, that would have caused a reasonable insurance company to suspect that it had suffered harm that was caused by the Gardinas' fraudulent conduct?

______ Yes ______ No

*Please proceed to answer question 14.*

**Counterclaim – Carol Gardina's Counterclaim for Breach of Contract against Prudential**

14. Did Prudential breach Carol Gardina's Policy by failing to pay her long-term care benefits from July 2023 to the present?

______ Yes ______ No

*If your answer to question 14 is yes, then answer questions 15 and 16. If your answer to question 14 is no, stop here, please go to question 17.*

15. Did Carol Gardina suffer damages resulting from Prudential's breach?

______ Yes ______ No

*If your answer to question 15 is yes, then answer question 16. If your answer to question 15 is no, stop here, please go to question 17.*

16. What is the amount of Carol Gardina's damages as a result of Prudential's breach of contract?

$____________

*Please proceed to answer question 17.*

**Counterclaim – George Gardina's Counterclaim for Breach of Contract against Prudential**

17. Did Prudential breach George Gardina's Policy by failing to pay him long-term care benefits from July 2020 to present?

______ Yes ______ No

*If your answer to question 17 is yes, then answer questions 18 and 19. If your answer to question 17 is no, stop here and have the presiding juror sign and date this form.*

18. Did George Gardina suffer damages resulting from Prudential's breach?

______ Yes ______ No

*If your answer to question 18 is yes, then answer question 19. If your answer to question 18 is no, stop here and have the presiding juror sign and date this form.*

19. What is the amount of George Gardina's damages as a result of Prudential's breach of contract?

$ ___________

*Please have the presiding juror sign and date the form.*

_____________________ Date: ______

Presiding Juror