# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,

Plaintiff,

v.

CAROL GARDINA, an individual; GEORGE GARDINA, an individual,

Defendants.

CASE NO: 6:23-cv-1125-JSS-DCI

Judge: Hon. Julie S. Sneed

## JOINT PROPOSED SUPPLEMENTAL VOIR DIRE

Plaintiff/Counter-Defendant The Prudential Insurance Company of America and Defendants/Counter-Plaintiffs Carol and George Gardina jointly request that the following questions be asked of potential jurors during voir dire pursuant to Federal Rule of Civil Procedure 47(a), to the extent these topics and questions are not covered by the Court's customary voir dire. Counsel requests that follow-up questions to seek explanation for any "yes" responses to the questions below be handled at sidebar or otherwise outside the presence of the rest of the venire, as appropriate. Counsel also requests leave to orally tender supplemental questions as may be necessitated by the answers of prospective jurors in oral voir dire.

## I. TRAINING/EXPERIENCE (INCLUDING WITH INSURANCE)

1. Do you have any professional licenses or certifications? If so, please describe them.

2. Have you, a family member, or close friend had any special training in any of the following areas? If yes, is it you? A family member? A friend? When and where?

   a. Medicine, nursing, or healthcare

   b. Working with patients who are suffering short-term or long-term cognitive impairment, for example, dementia?

   c. Elder care

   d. Neuro or cognitive psychology

   e. Psychology or psychiatry

   f. Social work or victim advocacy

   g. Working with people with disabilities

   h. Investigation (for example, police, private investigator)

3. Have you ever made a claim on any insurance policy?

   a. If yes, what kind of insurance? When? Under what circumstances?

   b. Were you satisfied with the outcome of how the insurance company handled your claim? If not, why?

4. Have you or anyone close to you ever purchased long-term care

insurance? If yes, please explain.

5. Have you or anyone close to you ever made a claim on a long-term care insurance policy? If yes, what was the outcome? Were you or the person close to you satisfied with the outcome?

## II. INQUIRY RELATED TO THIS MATTER

6. This case involves an Individual Long-Term Care Insurance policy. Have you or anyone close to you ever purchased such a long-term care insurance? If yes, please explain.

7. Have you or anyone close to you ever made a claim on a long-term care insurance policy? If yes, what was the outcome? Were you or the person close to you satisfied with the outcome?

8. As it pertains to any long-term care insurance policy, have you, any family member, or close friend ever had problems associated with his or her long-term care insurance policy? If yes, please describe the circumstances.

9. Has anyone close to you experienced any:

   a. Chronic illness or disability?

   b. Cognitive disease, such as Alzheimer's or dementia, or any other kind of cognitive impairment (for example, after a head injury)?

10. Have you ever directly or indirectly cared for anyone (family, close friend etc.) with any physical or cognitive disability or impairment, including

dementia? If yes, please explain.

11. Is there anyone here who considers themselves to be in poor health or worries a great deal about their health?

Dated: December 30, 2024

Respectfully submitted,

*/s/ Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*

Dated: December 30, 2024

Respectfully submitted,

*/s/Richard Benrubi*
Richard M. Benrubi (FBN 796573)
BENRUBI LAW, P.A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
Office: (561) 910-8650
Email: RBenrubi@benrubilaw.com
cgarcia@benrubilaw.com

*Counsel for Defendants Carol Gardina and George Gardina*