# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAROL GARDINA, an individual; GEORGE GARDINA, an individual,<br><br>Defendants. | CASE NO: 6:23-cv-1125-JSS-DCI<br><br>Judge: Hon. Julie S. Sneed |

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S PROPOSED SUPPLEMENTAL VOIR DIRE**

Plaintiff/Counter-Defendant The Prudential Insurance Company of America requestx that the following questions be asked of potential jurors during voir dire pursuant to Federal Rule of Civil Procedure 47(a), to the extent these topics and questions are not covered by the Court's customary voir dire.[1] Counsel requests that follow-up questions to seek explanation for any "yes" responses to the questions below be handled at sidebar or otherwise outside the presence of the rest of the venire, as appropriate. Counsel also requests leave to orally tender supplemental questions as may be necessitated by the answers of prospective jurors in voir dire.

[1] The Parties were unable to agree on a single joint proposed voir dire list. Prudential submits this list of supplemental voir dire questions, in addition to the Parties agreed upon list.

## I. INDIVIDUAL BACKGROUND QUESTIONS

1. Describe your current job and employer, including whether you're working full- time or part-time, and what your responsibilities are at work.

a. If you are not working outside the home, what was your last job and employer, and what do you do now? For example, are you a student (Where do you attend school, and what are you studying?), a homemaker (Have you ever worked outside the home?), retired (If you are retired, what was your last occupation and employer?), disabled (If you worked before you became disabled, what was your last job and employer?), or currently unemployed and looking for work (If you are looking for work, state the type of work you are seeking.)?

b. What do you (did you) like best about your job? What do you (did you) like least?

c. If your current occupation is different than what you've done for the majority of your adult life, what has been your primary occupation?

d. Have you ever owned, or do you currently own, your own business?

2. If you are married or living with a partner, what is his or her current occupation and employer, and his or her job responsibilities at work? If not working, what does he or she do now, and what did he or she do before?

3. If you have any children, what are their ages, and what are the

occupations of any adult children?

4. Describe the occupations and employers of any other adults living in your household, and explain your relationship to them.

5. If you have any licenses (besides a driver's license), certificates, or college degrees, please explain, including your major area of study

a. How far did you go in school?

b. What was your favorite subject?

6. Describe some of your spare time activities, hobbies or areas of interest

a. What are some of your favorite television shows or movies?

b. What magazines or newspapers, if any, do you read regularly

c. What book or movie have you read or watched in the last 3 months that stands out for you? Why?

7. What three words would friends use to describe you?

8. Would your friends and family say that you are an especially logical person?

9. Would your friends and family say that you are an especially emotional person?

10. Would your friends and family say that you have a sense of justice?

11. What social, civic, charitable, industry/trade associations, or other

organizations do you belong to?

12. Have you previously served as a juror?

a. If yes, how many times and when, if you recall?

b. Civil, criminal, or both? What was the type of case? (e.g., contract dispute, personal injury, etc.) Was the trial in state or federal court?

c. Were you ever the foreperson?

d. Did the jury reach a decision in every case?

e. How did your experience as a juror affect your view of the justice system? If yes, explain.

13. Have you or anyone close to you ever been involved in a lawsuit?

a. Was it as the plaintiff, the defendant, a witness, or something else?

b. What kind of case was it? What were the circumstances?

c. Who were the parties involved?

d. Was any insurance involved?

e. When did this occur?

f. Were you or he/she deposed?

g. Was there a trial?

h. What was the outcome of the case? Were you satisfied with the outcome?

i. How did this experience affect your opinion of the legal system?

14. Have you ever served in the military? If yes, state the branch, specialty, highest rank, and years of service.

15. Do you drive a car? If not, do you have any health limitations that prevent you from driving a car?

16. Do currently or have you in the past 10 years owned a home?

## II. FAMILIARITY WITH CASE, PARTIES, ATTORNEYS, AND POTENTIAL WITNESSES

17. The Plaintiff in this case is The Prudential Insurance Company of America.

a. Have you or anyone close to you ever had a negative experience with Prudential? If so, please explain.

b. Do you or anyone close to you have any specific familiarity, experience, business dealings, or association with Prudential or any of Prudential's financial products or services? If yes, please explain.

18. George and Carol Gardina are the defendants in this lawsuit.

a. Do you or anyone close to you know them in any capacity? If yes, please explain.

19. Do you, or someone close to you, know any of the court, staff,

lawyers, or law firms in this case?

20. Before coming to court today, did you know anything about this lawsuit?

a. Where did you learn this information?

b. As a result of learning this information, have you formed any opinion about this matter or that would cause you to lean in favor of or against any party in this lawsuit?

c. You have been provided a list of witnesses in this case who may be called to testify. Do you know any of these potential witnesses? If so, please explain.

## III. TRAINING/EXPERIENCE (INCLUDING WITH INSURANCE)

21. Have you ever been an owner of a business? If yes, what type of business?

22. Have you, any family member, or a close friend ever have one of their businesses robbed, defrauded, or stolen from? If yes, please describe the circumstances.

23. Do you have any experience dealing with fraud issues? If so, please explain.

24. Do you have any experience dealing with contracts? If so, please explain.

## IV. INQUIRY RELATED TO THIS MATTER

25. In this lawsuit, Prudential has alleged that George and Carol Gardina committed fraud against Prudential related to both of their long-term care insurance policies? Is there anything about these allegations that would prevent you from being fair and impartial?

26. You may hear evidence that Prudential conducted surveillance of the Gardinas while they were located in areas where they could be seen by any member of the public, such as in the street, in front of their home, or in stores. You many see video recordings and photographs of this surveillance.

a. Do you have any negative opinions or impressions of a company conducting surveillance, as described? If so, please explain.

b. Would you hold it against Prudential that it conducted such surveillance?

## V. FITNESS TO SERVE AS A JUROR IN THIS CASE

27. Have you ever experienced a denial of any insurance coverage? If so, please provide details regarding the nature of the claim, the reasons for the denial and whether you thought it was justified.

28. Have you had any experience with or do you have any beliefs about insurance companies, insurance brokers, or others involved in the insurance business that makes you think that you would not be able to impartially and fairly

decide a case in which an insurance company is a party? If so, please explain why your experience prevents you from being fair and impartial.

29. Do you have any negative opinions or impressions of Prudential or insurance companies more generally? If so, please explain.

30. Do you have a negative opinions or impressions of plaintiffs who file lawsuits?

31. Do you have any negative opinions or impressions of corporations? If so, please explain.

32. Do you believe there should be a lot more governmental regulation of insurance companies? If so, please explain.

33. Based on what you may have heard of in news reports, do you think lawsuit verdicts are too high, too low, or about right? Please explain.

34. In this lawsuit, Plaintiff alleges that it has incurred monetary losses (known as damages) as a result of the Gardinas' conduct. Would you have a problem awarding Prudential the damages it asks for if the evidence supported that award?

35. Will you have any issues being attentive, fair, and impartial hearing evidence about those issues in this trial? Why or why not?

Dated: December 30, 2024

Respectfully submitted,

*/s/ Andrew Azarmi*
Andrew Azarmi (CA ID No. 241407)
(*pro hac vice*);
Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
Telephone: 415 882 5000
Email:andrew.azarmi@dentons.com

Anthony Moscato, FBN 1024502
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078-2708
anthony.moscato@dentons.com

*Attorneys for The Prudential Insurance Company of America*