## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a New
Jersey Corporation,

        Plaintiff,

v.

CAROL GARDINA, an individual;
GEORGE GARDINA, an individual,

        Defendants.

CASE NO: 6:23-cv-1125-JSS-DCI

## VERDICT FORM

We answer questions submitted to us as follows:

### Fraudulent Misrepresentation

1. Do you find by a preponderance of the evidence that either of the below defendants knowingly made false statements of material fact upon which Prudential detrimentally relied in approving Carol Gardina's benefits?

    Carol Gardina      __✓__ Yes    _____ No

    George Gardina    __✓__ Yes    _____ No

*Please proceed to answer question 2.*

2. Do you find by a preponderance of the evidence that either of the below defendants knowingly made false statements of material fact upon which Prudential detrimentally relied in approving George Gardina's benefits?

    Carol Gardina      _____ Yes    __✓__ No

    George Gardina    __✓__ Yes    _____ No

*Please proceed to answer question 3.*

## Fraudulent Concealment

3. Do you find by a preponderance of the evidence that any of the below defendants knew or should have known that they concealed material facts from Prudential as to Carol Gardina's long-term care insurance claims under her Policy?

Carol Gardina    ___✓___Yes    _____No

George Gardina    ___✓___Yes    _____No

*Please proceed to answer question 4.*

4. Do you find by a preponderance of the evidence that any of the below defendants knew or should have known that they concealed material facts from Prudential as to George Gardina's long-term care insurance claims under his Policy?

Carol Gardina    _____Yes    ___✓___No
George Gardina    ___✓___Yes    _____No

*Please proceed to answer question 5.*

## Civil Conspiracy

5. Do you find by a preponderance of the evidence that Carol and George Gardina conspired to do an unlawful act or do a lawful act by unlawful means in accordance with the instructions given to you?

___✓___Yes    _____No

*If you answered "yes" in response to question 5, please answer question 6 and 7. If you answered "no" in response to question 5, but "yes" for any of the first four questions, please proceed to question 8. If you answered "no," for all of the first five questions and all subparts, please stop and proceed to question 16.*

2

6. What was the date of Carol Gardina's last fraudulent act in furtherance of the alleged conspiracy?

_5/3/2023_

*Please proceed to question 7.*

7. What was the date of George Gardina's last fraudulent act in furtherance of the alleged conspiracy?

_12/1/2024_

*Please proceed to question 8.*

## Continuing Wrong

8. With respect to Carol Gardina's claim for benefits, did Prudential prove that the Gardinas' fraudulent misrepresentations and/or fraudulent concealment continued past June 14, 2019, as explained in the Court's jury instructions on page 25?

__✓__ Yes    _____ No

*If you answer "yes," go to question 11, do not answer question 12. If you answer "no," please go to question 9.*

## Affirmative Defense: Statute of Limitations

9. With respect to Carol Gardina's claim for benefits, did the Gardinas prove that Prudential had discovered, or should have discovered with the exercise of due diligence, the Gardinas' fraud before June 14, 2019?

_____ Yes    _____ No

*If your answer to question 9 is "no," then stop here, and proceed to question 11. If your answer to question 9 is "yes," then please proceed to question 10.*

10. Did Prudential prove that the Gardinas had exclusive or superior knowledge of the facts or prevented further investigation by Prudential that delayed Prudential's filing of the complaint before June 14, 2019.

_____ Yes    _____ No

3

*If your answer to question 10 is "yes," then please proceed to question 11. If your answer to question 10 is "no", then please proceed to question 12.*

## Damages

11. Please state the amount, owed in dollars by Carol and/or George Gardina, that will fairly compensate Prudential for its damages.

Carol Gardina   $ ___1,930,129___

George Gardina $ ___12,496___

*If you answered question 11, then go to question 13. Otherwise, go to question 12.*

12. Please state the amount, in dollars, that will fairly compensate Prudential for its damages suffered from June 14, 2019 to the present.

Carol Gardina $ _____

George Gardina $ _____

*Please proceed to the next question.*

## Punitive Damages

13. Do you find that by clear and convincing evidence that Carol Gardina is guilty of intentional misconduct such that punitive damages should be awarded?

    _____Yes   __✓__No

*Please proceed to question 14.*

14. Do you find that by clear and convincing evidence that George Gardina is guilty of intentional misconduct such that punitive damages should be awarded?

    __✓__Yes   _____No

4

*Please proceed to the next section.*

## Affirmative Defense: Equitable Estoppel

15. With respect to the Gardinas' breach of contract claim, did Prudential prove that the Gardinas took action by defrauding Prudential, Prudential relied in good faith upon the Gardinas' actions and words and Prudential's reliance caused Prudential to change its position for the worse.

    ✓ Yes     _____ No

*If your answer to question 15 is "yes," then please stop here, and sign the verdict form. If you answer to question 15 is "no," then please proceed to question 16.*

## Counterclaim – Carol Gardina's Counterclaim for Breach of Contract against Prudential

16. Did Prudential breach Carol Gardina's Policy by failing to pay her long-term care benefits from July 2023 to the present?

    _____ Yes     _____ No

*If your answer to question 16 is "yes," then answer question 17. If your answer to question 16 is "no," then proceed to question 19.*

17. Did Carol Gardina suffer damages resulting from Prudential's breach?

    _____ Yes     _____ No

*If your answer to question 17 is "yes," then answer question 18. If your answer to question 17 is "no," then proceed to question 19.*

18. What is the amount of Carol Gardina's damages as a result of Prudential's breach of contract?

    $_____

*Please proceed to the next question.*

5

## Counterclaim – George Gardina's Counterclaim for Breach of Contract against Prudential

19. Did Prudential breach George Gardina's Policy by failing to pay him long-term care benefits from July 2020 to present?

    _____Yes   _____No

*If your answer to question 19 is yes, then answer question 20. If your answer to question 19 is no, stop here and have the foreperson sign and date this form.*

20. Did George Gardina suffer damages resulting from Prudential's breach?

    _____Yes   _____No

*If your answer to question 20 is yes, then answer question 21. If your answer to question 20 is no, stop here and have the foreperson sign and date this form.*

21. What is the amount of George Gardina's damages as a result of Prudential's breach of contract?

    $ _____

*Please have the foreperson sign and date the form.*

Date: \_\_MARCH 27, 2025\_\_

6