# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a New
Jersey Corporation,

        Plaintiff,

v.

CAROL GARDINA, an individual;
GEORGE GARDINA, an individual,

        Defendants.

CASE NO:  6:23-cv-1125-JSS-DCI

## VERDICT FORM

We answer questions submitted to us as follows:

### Punitive Damages

1. What is the total amount of punitive damages, if any, which you find should be assessed against George Gardina, in accordance with the instructions given to you?

    $ __20__

*Please have the foreperson sign and date the form.*

Date: _March 27, 2025_