Can we have the $ Breakdown of monthly claim payments made by Prudential, along with the lost investment earnings.