UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Plaintiff,

v. Case No: 6:23-cv-1125-JSS-DCI

CAROL GARDINA and GEORGE
GARDINA,

Defendants.
___________________________________/

**ORDER**

This case is before the court following a nine-day jury trial. On March 27, 2025, the jury returned two verdicts, which, upon review, are in proper form. Pursuant to the jury's verdicts, the Clerk of Court is **DIRECTED** to enter the following judgment by separate order:

1. Judgment is hereby entered in favor of Plaintiff, The Prudential Insurance Company of America, against Defendants Carol Gardina and George Gardina.
2. It is **ORDERED, DECLARED, and DECREED** that Plaintiff The Prudential Insurance Company of America shall recover compensatory damages in the amounts of One Million Nine Hundred Thirty Thousand One Hundred Twenty-Nine dollars ($1,930,129) from Defendant Carol

Gardina and Twelve Thousand Four Hundred Ninety-Six dollars ($12,496) from Defendant George Gardina.

3. It is **FURTHER ORDERED, DECLARED, and DECREED** that Plaintiff The Prudential Insurance Company of America shall recover punitive damages in the amount of Twenty dollars ($20) from Defendant George Gardina.

4. Thereafter, the Clerk is **DIRECTED** to close this case. The court retains jurisdiction to resolve any post-trial motions.

**ORDERED** in Orlando, Florida, on March 31, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record